UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MURRAY PAVING & RECLAMATION, INC.,

Plaintiff,

v.

INGERSOLL-RAND EQUIPMENT & SERVICES
COMPANY and INGERSOLL-RAND COMPANY,

Defendants.

CIVIL ACTION No. 04-cv-10328-GAO

## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1, defendant Ingersoll-Rand Company ("Ingersoll-Rand") hereby discloses that it is owned by Ingersoll-Rand (Barbados) Holding Company, which is owned by Ingersoll-Rand Holding Company Limited, a Bermuda Corporation, which is owned by Ingersoll-Rand Company Limited, a Bermuda Corporation. Ingersoll-Rand further discloses that Ingersoll-Rand Company Limited, a Bermuda Corporation, is a publicly held corporation that owns 10% or more of Ingersoll-Rand's stock.

INGERSOLL-RAND COMPANY

By its attorneys,

_____
Steven W. Phillips (BBO # 398680)
Carter D. Morse (BBO # 636645)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110
(617) 832-1000

Dated: February 26, 2004

- 2 -

## Certificate of Service

I certify that on February 26, 2004, I served the foregoing document on plaintiff by causing a copy of the same to be delivered by mail to its counsel of record: Peter F. Davis, 15 Broad Street, Suite 512, Boston, Massachusetts 02109.

                                                  _____
                                                  Carter D. Morse