UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MURRAY PAVING & RECLAMATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> INGERSOLL-RAND EQUIPMENT & SERVICES COMPANY and INGERSOLL-RAND COMPANY, <br><br> Defendants. | CIVIL ACTION No. 04-10328 GAO |

## NOTICE OF FILING CERTIFIED COPIES OF STATE COURT RECORDS

Pursuant to Rule 81.1 of the Local Rules of the United States District Court for the District of Massachusetts, defendant Ingersoll-Rand Company hereby files certified copies of all records and proceedings in the state court action (Middlesex Superior Court Civil Action No. 04-0172), including the list of docket entries.

INGERSOLL-RAND COMPANY

By its attorneys,

_____
Steven W. Phillips (BBO # 398680)
Carter D. Morse (BBO # 636645)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110
(617) 832-1000

Dated: March 10, 2004

FHBoston/1024201.2

**CERTIFICATE OF SERVICE**

I hereby certify that on this day a true copy of the above document was served upon the attorney of record for each party by mail/hand.

Date: 3/10/04 _____