UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MURRAY PAVING & RECLAMATION, INC.,

Plaintiff,

v.

INGERSOLL-RAND EQUIPMENT & SERVICES
COMPANY and INGERSOLL-RAND COMPANY,

Defendants.

CIVIL ACTION No. 04-10328 GAO

## ASSENTED-TO MOTION TO RESCHEDULE SCHEDULING CONFERENCE

Defendant Ingersoll-Rand Company asks that the Scheduling Conference for this matter—currently scheduled for September 22, 2004—be rescheduled on any date from October 4, 2004 through October 22, 2004. As grounds for this motion, lead counsel for defendant has a long-standing, previously scheduled speaking engagement on September 22, 2004. Plaintiff assents to this motion and is available on the dates suggested above.

Respectfully submitted

INGERSOLL-RAND COMPANY

By its attorneys,

_____
Jeffrey S. Follett, BBO No. 564337
Carter D. Morse, Jr., BBO # 636645
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110
(617) 832-1000

Dated: August 16, 2004

- 2 -

## Certificate of Service

I certify that on August 16, 2004, I served the foregoing document on plaintiff by causing a copy of the same to be delivered by mail to its counsel of record:  Peter F. Davis, 15 Broad Street, Suite 512, Boston, Massachusetts 02109.

_____
Carter D. Morse

FHBoston/1094652.2

- 2 -