UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MURRAY PAVING & RECLAMATION, INC.,<br><br>Plaintiff,<br><br>v.<br><br>INGERSOLL-RAND EQUIPMENT & SERVICES COMPANY and INGERSOLL-RAND COMPANY,<br><br>Defendants. | CIVIL ACTION No. 04-10328 GAO |

## NOTICE OF WITHDRAWAL and ENTRY OF APPEARANCE

Notice is hereby given that Steven W. Phillips has retired from Foley Hoag LLP and hereby withdraws as counsel for Defendant Ingersoll-Rand Company. Carter D. Morse, Jr. of Foley Hoag LLP will continue as counsel for Defendant and Jeffrey S. Follett, also of Foley Hoag LLP, hereby enters his appearance as counsel for Defendant.

INGERSOLL-RAND COMPANY,

By its attorneys,

_____
Jeffrey S. Follett, (BBO # 564337)
Carter D. Morse, Jr. (BBO # 636645)
FOLEY HOAG LLP
155 Seaport Boulevard
Boston, MA 02110
(617) 832-1000

Date: September 29, 2004

FHBOSTON/1111675.1

- 2 -

## Certificate of Service

I certify that on September 29, 2004, I served the foregoing document on plaintiff by causing a copy of the same to be delivered by MAIL to its counsel of record: Peter F. Davis, 15 Broad Street, Suite 512, Boston, Massachusetts 02109.

_____
Carter D. Morse, Jr.



# FOLEY HOAG LLP
ATTORNEYS AT LAW

Carter D. Morse, Jr.
Boston Office
617.832.1229
cmorse@foleyhoag.com

September 29, 2004

Clerk's Office
United States District Court
for the District of Massachusetts
1 Courthouse Way
Boston, MA 02210

    Re:   *Murray Paving & Reclamation, Inc. v. Ingersoll-Rand Equipment & Services Company and Ingersoll-Rand Company*
           U.S. District Court No: 04-10328-GAO

Dear Madam or Sir:

    Enclosed for filing please find the Notice of Withdrawal and Entry of Appearance in connection with the above-captioned matter.

    Thank you.

                               Very truly yours,

                               Carter D. Morse, Jr.

CDM/ksk
Enclosures
cc:    Jeffrey Follett, Esq. (w/encl)
         Peter F. Davis, Esq. - By Regular Mail (w/encl)

FHBOSTON/1111694.1

Seaport World Trade Center West / 155 Seaport Blvd. / Boston, MA 02210-2600 / TEL: 617.832.1000 / FAX: 617.832.7000
Foley Hoag LLP        BOSTON        WASHINGTON, DC        www.foleyhoag.com