UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

FILED
IN CLERK'S OFFICE

2004 OCT -6  P 12: 02

U.S. DISTRICT COURT
DISTRICT OF MASS.

| |
|---|
| MURRAY PAVING & RECLAMATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> INGERSOLL-RAND EQUIPMENT & SERVICES COMPANY and INGERSOLL-RAND COMPANY, <br><br> Defendants. |

CIVIL ACTION No. 04-10328 GAO

## LOCAL RULE 16.1(D) JOINT STATEMENT

Defendant Ingersoll-Rand Company and plaintiff Murray Paving & Reclamation, Inc. ("the Parties") submit the following joint statement in accordance with Local Rule 16.1(D).

Defendant Ingersoll-Rand Equipment & Services Company ("IRESC") does not join in this joint statement, as Ingersoll-Rand Company argues that IRESC is not a legal entity and has no capacity to be sued pursuant to Federal Rules of Civil Procedure 9 and 17. (Instead, Ingersoll-Rand Company argues that it does business as IRESC to distribute various Ingersoll-Rand products.) Likewise, in its Answer to plaintiff's Complaint, Ingersoll-Rand Company objected to plaintiff's naming of IRESC as a defendant and any allegation by plaintiff that IRESC is a legal entity or person responsible for the alleged harm to plaintiff.

1.  **Joint Discovery Plan and Schedule**

The Parties jointly propose the following discovery plan and schedule:

| Stage of Discovery | Date |
|---|---|
| Deadline to amend pleadings | November 12, 2004 |
| All fact discovery completed, including depositions | April 29, 2005 |
| Service of expert reports on issues as to which a party bears the burden of proof | May 27, 2005 |
| Service of responsive expert reports | June 24, 2005 |
| Service of rebuttal expert reports | July 8, 2005 |
| Depositions of experts completed | July 29, 2005 |
| Rule 56 motions filed | August 31, 2005 |
| Rule 56 oppositions filed | September 23, 2005 |
| Pretrial conference | October 2005 |
| Trial | November 2005 |

2.  **Phased Discovery**

The Parties have determined that conducting "phased discovery" would be neither beneficial nor desirable in this matter.

3.  **Trial by Magistrate Judge**

The Parties do not consent to a trial by a magistrate judge.

4.  **Local Rule 16.1(D)(3) Certifications**

Certifications pursuant to Local Rule 16.1(D)(3) are filed by the Parties separately.

5.  **Settlement Offers**

The Parties state that they have engaged in settlement negotiations, but are unable to resolve the dispute at this time.

Respectfully submitted,

| INGERSOLL-RAND COMPANY, | MURRAY PAVING & RECLAMATION, INC. |
|---|---|
| By its attorneys, | By its attorney, |

_____    _____
Jeffrey S. Follett (BBO No. 564337)    Peter F. Davis (BBO No. 116160)
Carter D. Morse, Jr. (BBO No. 636645)    15 Broad Street, Suite 512
FOLEY HOAG LLP    Boston, MA 02109
155 Seaport Boulevard    (617) 227-1344
Boston, MA 02110
(617) 832-1000

Date: October 6, 2004    Date: October 6, 2004