UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

2004 OCT -7 P 12: 01

U.S. DISTRICT COURT
DISTRICT OF MASS.

MURRAY PAVING & RECLAMATION, INC.

                Plaintiff

VS.

Civil Action No 04-10328 GAO

INGERSOLL-RAND EQUIPMENT &
SERVICES COMPANY
and
INGERSOLL-RAND COMPANY
                Defendants

RULE 16(D)(3) CERTIFICATIONS OF PLAINTIFF
MURRAY PAVING & RECLAMATION, INC.

Plaintiff Murray Paving & Reclamation, Inc., and its undersigned Counsel hereby certify that they have conferred and have established a budget for the cost of conducting the full course of this litigation, including various alternative scenarios.

Murray Paving & Reclamation, Inc. and its Counsel have also conferred in order to consider alternative dispute resolution.

                MURRAY PAVING & RECLAMATION, INC.
                By its attorney:

                Peter F. Davis    BBO #116160
                15 Broad Street, Suite 512
                Boston, Mass. 02109
                Tel: (617) 227-1344
                Fax: (617) 723-2844

Murray Paving & Reclamation, Inc.

By _____
    Stephen E. Johnson, Treasurer

## Certificate of Service

      I certify that on October _____ 2004, I served a copy of the within document on defendants by mailing same to their Counsel of Record, Carter D. Morse, Jr., Esquire, Foley Hoag LLP, 155 Seaport Boulevard, Boston, Mass. 02110.

_____
Peter F. Davis