## WARRANTY

Blaw-Knox warrants all new equipment of Blaw-Knox manufacture to be free from defects in material and workmanship (when subject to normal and proper usage) for a period of twelve (12) months or 1000 operational hours from the "In Service Date" established by the "New Machine Delivery Report" completed, signed and filed with Blaw-Knox when the unit is initially placed in service. Failure to transmit to Blaw-Knox the completed and signed "New Machine Delivery Report" within seven 7 days of placing the equipment in service will disqualify this warranty on the equipment.

Notice must be given to the servicing Blaw-Knox distributor upon discovery of such defects, and parts returned for inspection. Parts found defective by Blaw-Knox's inspection will be repaired or replaced without cost, F.O.B. point of manufacture. The foregoing shall be the limit of Blaw-Knox's liability for such defects. No warranty is extended on components and accessories not manufactured by Blaw-Knox, as these items are subject to the warranties of their respective manufacturers.

### Limitation of Liability

EXCEPT AS SET FORTH HEREIN, THERE ARE NO IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE, NOR OTHER WARRANTIES, EXPRESS, IMPLIED OR STATUTORY, NOR ANY PROMISES BY BLAW-KNOX WITH RESPECT TO THE EQUIPMENT COVERED HEREIN. IN NO EVENT SHALL BLAW-KNOX BE LIABLE FOR SPECIAL, INDIRECT OR CONSEQUENTIAL DAMAGES, NOR FOR ANY DELAY IN PERFORMANCE OF THIS WARRANTY.

**REDACTED**

Exhibit C
(Affidavit of Andrew Andre)

IRCO CONFIDENTIAL 0005