UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MURRAY PAVING & RECLAMATION, INC., <br><br> Plaintiff, <br><br> v. <br><br> INGERSOLL-RAND EQUIPMENT & SERVICES COMPANY and INGERSOLL-RAND COMPANY, <br><br> Defendants. | CIVIL ACTION No. 04-10328 GAO |

**AFFIDAVIT OF LARRY DRAPEAU IN SUPPORT OF
INGERSOLL-RAND COMPANY'S MOTION FOR SUMMARY JUDGMENT**

I, Larry Drapeau, being duly sworn, deposes and says as follows:

1. I am the Branch Manager of Ingersoll-Rand Company d/b/a Ingersoll-Rand Equipment & Services ("Ingersoll-Rand") located in Southboro, Massachusetts.

2. I make this affidavit in support of Ingersoll-Rand's Motion for Summary Judgment. I have actual knowledge of the matters stated in this affidavit and could and would so testify if called as a witness.

3. Ingersoll-Rand is a New Jersey corporation that manufactures and sells a variety of products, including Blaw-Knox® pavers. Attached hereto as <u>Exhibit A</u> are true and correct copies of Ingersoll-Rand marketing materials concerning the type of paver at issue in this case.

4. Ingersoll-Rand sometimes does business as Ingersoll-Rand Equipment & Services for the purpose of distributing Blaw-Knox pavers and various other Ingersoll-Rand products. IRES is not incorporated.

5. Blaw-Knox is a trade name used by Ingersoll-Rand for certain products.

6. Ingersoll-Rand has a full-service repair shop and mechanics who are trained to identify and fix problems with Blaw-Knox pavers. Although Ingersoll-Rand is no longer willing to give plaintiff a new paver, Ingersoll-Rand has always maintained that it would repair the paver pursuant to the paver's express written warranties.

I DECLARE UNDER PENALTY OF PERJURY THAT THE FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE. EXECUTED THIS 29th DAY OF NOVEMBER, 2004.

_____
Larry Drapeau

STATE OF  Massachusetts

Subscribed and sworn to before me this 29th day of November, 2004.

_____
Notary Public

My commission expires  08-04-2006

### Certificate of Service

I certify that on November 30, 2004, I served the foregoing document on plaintiff by causing a copy of the same to be delivered by HAND DELIVERY to its counsel of record: Peter F. Davis, 15 Broad Street, Suite 512, Boston, Massachusetts 02109.

_____
Carter D. Morse, Jr.