## MURRAY PAVING & RECLAMATION, INC.
### 39 Taylor Street
### Framingham, Ma 01702
### Tel 508-820-7244 Fax 508-820-7283

SOLD TO: Aikler Asphalt Paving Co. Inc.
1684 East 233rd Street
Bronx, NY 10466

1 used Blaw Knox 2003 PF4410 Paver S/N 32-14 std tractor w/Cummins 6.BT 5.9 Diesel, includes smokeater, power flow control gates, Hydraulic for automatic control system, power flight, tunnels and material containment baffles oscillatting push rollers, mat kontrol II with paddle boxes, Ultimate 16 with power crown and slope kit 8' - 16' with Lh & Rh berm for 12 inch with remote stations. Electric with Atic. Also includes work light pkg and aux 120 volt power kit for Ultimate 16.

Conditions:
Machine is sold in As-Is Where-Is condition with no warranty or guarantee either written or implied from Murray Paving & Reclamation Inc. A 3 year power train and hydraulic warranty available from Ingersoll Rand/Blaw Knox with a start date of 5/3/03.

TERMS:
Sale Price $200,000.00. A $20,000.00 deposit in the form of a certified bank check made out to Murray Paving & Reclamation Inc with signed Purchase and Sales Agreement. Balance of $180,000.00 in the form of a certified bank check 48 hour s prior to shipping. Aikler Asphalt is responsible for all sales tax due on the purchase price of this machine. ~~Aikler Asphalt is responsible for all shipping costs from Murray yard at 39 Taylor Street, Framingham, Ma.~~

_____
Arnold G. Johnson

_____
Aikler Asphalt Paving Co Inc

_____

Exhibit A
(Affidavit of Carter D. Morse, Jr., Esq.)

MP-37