UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MURRAY PAVING & RECLAMATION, INC., <br><br> Plaintiff, v. <br><br> INGERSOLL-RAND EQUIPMENT & SERVICES COMPANY and INGERSOLL-RAND COMPANY, <br><br> Defendants. | CIVIL ACTION No. 04-10328 GAO |

OPPOSITION OF PLAINTIFF MURRAY PAVING & RECLAMATION, INC.
TO
DEFENDANT INGERSOLL-RAND COMPANY'S
MOTION FOR SUMMARY JUDGMENT

Plaintiff Murray Paving & Reclamation, Inc. (Murray) notes its OPPOSITION to the MOTION FOR SUMMARY JUDGMENT of defendant Ingersoll-Rand Company (Ingersoll), and submits herewith, in support of its opposition, AFFIDAVIT OF ARNOLD G. JOHNSON, JR., AFFIDAVIT OF PETER F. DAVIS, as well as its MEMORANDUM IN OPPOSITION TO MOTION FOR SUMMARY JUDGMENT. Murray also submits herewith its LOCAL RULE 56.1 STATEMENT OF DISPUTED MATERIAL FACTS OF RECORD etc.

Murray respectfully requests a hearing on the Motion and Opposition.

MURRAY PAVING & RECLAMATION, INC.

By its attorney:

Peter F. Davis    BBO #116160
15 Broad Street, Suite 512
Boston, Mass. 02109

## Certificate of Service

I certify that on _____, 2004, I served a copy of the within document on defendants by mailing same to their Counsel of Record, Carter D. Morse, Jr., Esquire, Foley Hoag LLP, 155 Seaport Boulevard, Boston, Mass. 02110.

_____
Peter F. Davis