UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

MURRAY PAVING & RECLAMATION, INC.,

Plaintiff, v.

INGERSOLL-RAND EQUIPMENT & SERVICES
COMPANY and INGERSOLL-RAND COMPANY,

Defendants.

CIVIL ACTION No. 04-10328 GAO

AFFIDAVIT OF PETER F. DAVIS WITH REFERENCE TO RESPONSE OF MURRAY
PAVING & RECLAMATION, INC. TO
MOTION OF INGERSOLL-RAND COMPANY FOR SUMMARY JUDGMENT

I, Peter F. Davis, on oath depose and say that I am counsel of record for plaintiff Murray

Paving & Reclamation, Inc., with reference to the above matter.

Attached hereto, marked IRCO CONFIDENTIAL 003,0016,0019,0020,0036-00103 are

copies of documents supplied to me by counsel for defendants in this matter;  these copies relate to

repair issues;  also attached here to are further copies similarly supplied to me marked IRCO

CONFIDENTIAL 0022-0034;  these copies are of correspondence between plaintiff and

defendant, acting by their repective counsel.

Signed under the pains and penalties of perjury this 22nd day of December, 2004.

_____
Peter F. Davis

## Certificate of Service

I certify that on December ___ , 2004, I served a copy of the within document on defendants by mailing same to their Counsel of Record, Carter D. Morse, Jr., Esquire, Foley Hoag LLP, 155 Seaport Boulevard, Boston, Mass. 02110.

_____

Peter F. Davis

'-05  04:46  AM  MPR
1 2003 THU 03:44  FAX

508820 7283                    P.01
                               ⓪⓪⓪⓪



# Ingersoll-Rand Equipment & Services Company
300 Turnpike Road, Rte 9
Southboro, MA. 01772-1799
(508) 481-1350 Phone
(800) 544-8098 Phone
(508) 481-2014 Fax

**DIRECT**

( X ) SALES ORDER
Copies to: Phillips, Cruse, Gove, File
Salesman, Despres, AAA,

| | | |
|---|---|---|
| Customer PO # | Proposal No. DD90-HF #2 | Salesman: NED BABYAK | Date: 5/1/03 |
| Customer: MURRAY PAVING & RECLAIMATION | | Ship To: |
| Address: PO BOX 329 | | CPU MAY 6 OR 7 |
| FRAMINGHAM, MA  01701 | | |
| Phone 508 820 0610    Attn; ARNOLD JOHNSON | | |
| Fax  508 820 7283      508 326 5218 | | FOB Southboro |

TERMS: ( x ) Cash;

| | DESCRIPTION | SELL PRICE |
|---|---|---|
| 1 | I-R DD90HF High Frequency, 66"drums, 1999, s/n158394, 2312 hrs | $ 52,000 |
| | Warranty stated is for major components in the engine, pumps, gear box | |
| | for parts and labor for 90 days. | |
| 1 | TRADE IR DA-50 S/N 5239S ASPHALT COMPACTOR IN CLEAN   1980 | ( $ 5,000 ) |
| | OPERATING CONDITION          5239S     MSI 6500    BV 3500 | |
| 1 | SPECIAL DISCOUNT PER PACKAGE DEAL WITH NEW PF-4410 | ( $ 7,500 ) |

MSI

* Check latches ✓
  Check water system
  Misc Clean up

| | | |
|---|---|---|
| | SUB-TOTAL | $ 39,500 |
| | 5% TAX | $ 1,975 |
| | TOTAL | $ 41,475 |

BUYER LIABLE FOR ANY APPLICABLE SALES TAXES UPON
THIS INVOICE OR AT TIME OF REGISTRATION.

Ingersoll-Rand Equipment & Services Company    5/1/3
APPROVED BY: A A ANDRE    andrew_andre@irco.com
TITLE: Vice President / Branch Manager    DATE:

I HAVE APPROVED THE ABOVE ORDER
CUSTOMER
TITLE: President    DATE: 5/1/03

THIS TRANSACTION IS SUBJECT TO INGERSOLL-RAND COMPANY STANDARD TERMS AND CONDITIONS. ALL QUOTES SUBJECT TO PRIOR SALE.

IRCO CONFIDENTIAL 0003

**Ingersoll-Rand Equipment & Services Company**
300 Turnpike Road, Rte 9
Southboro, MA. 01772-1799
(508) 481-1350 Phone
(800) 544-8098 Phone
(508) 481-2014 Fax

*Cover coming in for these Repairs URGENT.*

**D(IR)ECT**

*START-UP REPORT*

Copies to; Phillips; Cruse; Cove; File; *STANLEY*  Salesman; Despres; *AAA*;

| | | | |
|---|---|---|---|
| Customer PO # | | Proposal No. | Salesman: | Date: 5/7/3 |

| | |
|---|---|
| Customer: | MURRAY |
| Address: | |
| | 4410032 -14 |
| Phone | Attn: ARNIE |
| Fax | Cell 508 326 5218 |

Ship To: J. SLUGBERG

**SHIPPING & FREIGHT CHARGES ADDED TO INVOICE**
**FOB point is the machine LOCATION OR FOB Factory on new units.**

TERMS; ( )Cash; ( )NET 30 with credit approval; ( ) FINANCING is subject to approval criteria & fees.    Date Requested: / /    Date Promised: / /

| QTY | DESCRIPTION | SELL PRICE: |
|---|---|---|
| | ROTATE CUTAN AUGERS 180° (IN PROSE) | |
| → | Check G.P. Pump Pressure (800 PSI) | |
| → | Trim bolts (studs) on pre-strike off | |
| → | Hydraulic leak in tension cylinder (right track) | |
| → | Adjust (akward)/Remove covers | |
| → | Flush up front hopper stops | |
| → | Rotate hoses out of way of screed lift in front of left screed control | |
| → | Rewire ten point controls on remote stations to auto augre tunnels — rewire in control station | |
| → | Check Bonor Comm — Very Stiff     **SUB TOTAL** | |

**UPON THIS INVOICE OR AT TIME OF REGISTRATION:**

➤ Wire Switches for extensions (Primary only) — up top (operator station)     **TOTAL**

WARRANTY:

| TRADE-IN SURVEY; MAKE, | MODEL & S/N, | YEAR, | RUNNING, YES / NO |
|---|---|---|---|
| CONDITION, | LAST SERVICE DATE; | | ALLOWANCE VALUE $ |

✗ LEFT EXTENSION WON'T CLOSE UP

Ingersoll-Rand Equipment & Services Company

I HAVE APPROVED THE ABOVE ORDER

| APPROVED BY: A A ANDRE    andrew_andre@irco.com | CUSTOMER: |
|---|---|
| TITLE:   Vice President / Branch Manager    DATE: | TITLE:    DATE: |

THIS TRANSACTION IS SUBJECT TO INGERSOLL-RAND COMPANY STANDARD TERMS AND CONDITIONS. ALL QUOTES SUBJECT TO PRIOR SALE.

✗ MOVE FEEDER PADDLES OUT TO EXTENSION DOORS

IRCO CONFIDENTIAL 0016

 **Blaw-Knox.**

750 Broadway Avenue East
Mattoon, IL   61938-4600 U.S.A.

**NEW MACHINE
PRE-DELIVERY REPORT**

---

### *Important Note*

*This report must be completed by the selling distributor and returned to the Blaw-Knox Quality Department within seven (7) days of machine delivery to the end user. No warranty claims will be processed until this has been received. Retain copy for distributor records. This report may be faxed to (217) 238-6437 or mailed to: Blaw-Knox Quality Department, 750 Broadway Avenue East, Mattoon, IL. 61938.*

---

| | |
|---|---|
| Distributor _INGERSOLL – RAND EOP_ | In Service Date _____ |
| Address _300 TURNPIKE RD RT 9_ | Machine Serial No. _AA1032-1A_ |
| City/State _SOUTHBORO MA_ | Engine Serial No. _____ |
| Country _USA_ | Screed Type _ULTIMAT_ |
| | Screed Serial No. _11905-1B_ |
| Customer _____ | Option Serial No. _____ |
| Address _____ | _____ |
| City/State _____ | _____ |
| Country _____ | _____ |
| | Hour Reading _____ |

**PRE-DELIVERY INSPECTION - Please check each of the following:**

- [✓] Cooling system (antifreeze/coolant present)
- [✓] Engine oil level
- [N/A] Tire air pressure / Hydro-fill level
- [✓] Hydraulic reservoir oil level.
- [✓] Engine fan belts tight
- [N/A] Check brake fluid-master cylinder. (Road Wideners & PF-150)
- [ ] Explain hyd. filters and recommend replacement intervals.
- [✓] Burners ignite & burn properly.
- [✓] All controls function properly
- [✓] Explained Parts & Operator's Manual to the owner and recommended they be kept with machine.
- [ ] Lubricated machine in presence of customer's personnel using lube chart for their future reference.
- [ ] Mat-Kontrol

**Check functions**
- [ ] Auger/Conveyor systems (L.H. & R.H.)
- [ ] Hopper, screed lift, and auger
- [ ] Screed vibrator drive/tamper
- [ ] Steering system
- [ ] Brake system
- [ ] Hydrostatic traction system
- [ ] Mechanical traction system
- [ ] Blaw-Kontrol System or Joint Matcher System
- [ ] SmokEater operation
- [ ] Power flow gates
- [ ] Screed extensions (Optional HSE and Omni Screeds)
- [ ] MC-330 special functions (consult operating manual)
- [ ] Additional equipment options (itemize)
- [ ] Warranty and Distributor Service explained to the buyer

---

**Office**

**Explain all discrepancies, adjustments, and customer remarks:**

| | | |
|---|---|---|
| #1 | _DD164-759-00- A/C HOOD_ ____ _SHORTAG AS REC'D_ | |
| | _DD200-017-00- AND13 SCREED EXT'N 'BROKEN' AS REC'D_ | |
| #2 | | |
| #3 | | |
| #4 | | |
| #5 | | |

---

*The signature of the Buyer, or other authorized person, acknowledges that the machine delivered is in satisfactory condition, operates satisfactorily, includes parts and operator's manuals for the operator, and the buyer understands the Manufacturer's warranty applicable to this machine.*

_____
Buyer's Name

_____
Buyer's Signature

Title _John McGOWIN_

Dealer Rep. Name _____

Date _____

Dealer Rep. Signature _____

©2001 Ingersoll-Rand Company

Form # 31-025
Rev. 10-01

IRCO CONFIDENTIAL 0019

**BLAW◆KNOX**
750 Broadway Avenue East
Mattoon, I L    61938-4600 U.S.A.

**INGERSOLL-RAND**
CONSTRUCTION & MINING

**NEW MACHINE
DELIVERY REPORT**

*This report must be completed by the selling distributor and returned to the Quality Dept., Blaw-Knox within 2 weeks of machine deliver. No warranty claims will be processed until this has been received. Retain copy for distributor records.*

Distributor _Ingersoll-Rand Co_
Address _300 Turnpike Road_
City/State _Southboro MA 01772_
Country _USA_

Customer _Murray Paving_
Address
City/State _Framingham, MA_
Country

Machine Serial No. _PF 4410 32-14_
In Service Date _5-8-03_
Engine Model No.
Screed Type _ULTA-MAT_
Screed Serial No. _11905-18_
Option Serial No.

Hour Reading _____

**DELIVERY INSPECTION - Please check each of the following:**
- ✔ Cooling system (antifreeze/coolant present)
- ✔ Engine oil level
- N/A Tire air pressure / Hydro-fill level
- ✔ Hydraulic reservoir oil level.
- ✔ Engine fan belts tight
- N/A Check brake fluid-master cylinder. (Road Wideners & PF-150)
- ✔ Explain hyd. filters and recommend replacement intervals.
- ✔ Burners ignite & burn properly. _HEAT MATS_
- ✔ All controls function properly
- ✔ Explained Parts & Operator's Manual to the owner and recommended they be kept with machine.
- ✔ Lubricated machine in presence of customer's personnel using lube chart for their future reference.
- N/A Mat-Kontrol

☐ Check general condition of machine, note deficiencies _____

**Check functions**
- ✔ Auger/Conveyor systems (L.H. & R.H.)
- ✔ Hopper, screed lift, and auger
- ✔ Screed vibrator drive/tamper
- ☐ Steering system
- ✔ Brake system
- ☐ Hydrostatic traction system
- ☐ Mechanical traction system
- N/A Blaw-Kontrol system or Joint Matcher System
- ✔ SmokEater operation
- ✔ Power flow gates
- ✔ Screed extensions (Optional HSE and Omniscreeds)
- ☐ MC-30 special functions (consult operating manual)
- ☐ Additional equipment options (itemize)
- ☐ Warranty and Distributor Service explained to the buyer

Any adjustment required during delivery process: _____

**Explain all discrepancies, customer remarks, and corrective action taken:**

| Office | | |
|---|---|---|
| #1 | | |
| #2 | | |
| #3 | | |

*The signature of the Buyer, or other authorized person, acknowledges that the machine delivered is in satisfactory condition, operates satisfactorily, includes parts and operator's manuals for the operator, and the buyer understands the Manufacturer's warranty applicable to this machine.*

_Tim_
Buyer's Name

Buyer's Signature

Title _SVC Manu_    Dealer Rep. Name _John McGrath_

Date    Dealer Rep. Signature

©1999 Ingersoll-Rand Company

Form # 31-024
Rev. 01-99

IRCO CONFIDENTIAL 0020

6/23/3 PETER SCHLESINGER TALKED TO ARNOLD TODAY.

OFFER #2    IF IR EXPRESS
WITH #2 PF4410 AND
UNIT

IF #2 BREAKDOWNS
THEN IR WILL BUY IT
OUT.

IRCO CONFIDENTIAL 0036

ARNOLD JOHNSON

CALLED                                72 HRS

- LOST CONFIDENCE IN PRODUCT.

PIECE OF SHIT.

NOT GOING TO KEEP IT

LACK OF QUALITY

        TOO MANY BREAK DOWN'S

    LOST FAITH IN PRODUCT

ARNOLD REPEATED #2 CALL

"GOING BACK TO BG COMBAT ZONE"

WILL NOT ACCEPT ANOTHER
            NEW AF 4410

WANTS IR TO BY 17
        BACK W/ M KORBAY TO CHANGES
        PAY RENTAL + REPAIRS

TOO MANY BREAK DOWNS

BK "DO IT FRIENDLY OR NOT"

IRES NEEDS TO SETTLE IT ON OUR

NEED BK            DAVIDON MARKETING MGR
- PLANT VISIT TO SHIPPENSBURG          LABOR ISSUES
CALL PRUITT OUT CO IMAGE GLENN SHIPPENSBURG

# FAX COVER SHEET

Date:
To:
Company:
Fax Number:



**Ingersoll·Rand.**

**Equipment & Services**
300 Turnpike Road, Route 9 • Southboro, MA 01772
Phone: 508.481.1350 • Fax: 508.481.2014
800.544.8098 • www.irco.com

From:
Phone Number:
Fax Number:
E-mail:
No. of pages,
Including this one:  *Murray*  / *F 4410*



**COMMENTS:**

6/10/3   "*Paver Screed won't go*
*Down*"
"*New Paver Breaking Down too much!*"
*Annie Hot about unit keep*
*Breaking Down. Implying*
*He will return it for a*
*New one! Bill + I Stated*
*We will 'jump' to make*
*him Happy.*

('86)

**BALDWIN FILTERS** ®   **Ingersoll·Rand. FILTERS**

We provide a complete line of IR filters for your IR equipment and Baldwin
filters for the rest. Plus, we offer our Baldwin filters at some of the lowest
prices around. Call or visit us today for more information.

*Containment Material*
*Chain Curtain*

IRCO CONFIDENTIAL 0038



and Services Company
300 Turnpike Road
Southboro, MA 01772
508-481-1350

Work Order **4816**

TECH: **John M**

| | |
|---|---|
| CUSTOMER: *IR Murry Pav* | CONTACT NAME: |
| CALL LOCATION: | PHONE NUMBER |
| DATE W/O OPENED: *5/5/03* | PO NUMBER |
| MODEL: *PF4410*  HOURS: *—* | S/N: *441032-14* |

**DESCRIPTION OF WORK PERFORMED:**

*Start up - Milford     5-7-03*

*5-21-03 — Job Site Natick*
*Repair Extension Strike-offs*

AT YOUR REQUEST, INGERSOLL-RAND AGREES TO PERFORM THE ABOVE SPECIFIED REPAIR WORK. MINIMUM CHARGE WILL BE 1 HOUR AT CURRENT LABOR RATES. IF THE NECESSITY FOR ANY FURTHER REPAIR IS DISCOVERED IN THE COURSE OF COMPLETING THE WORK, YOU WILL BE ADVISED OF THIS AS WELL AS THE ADDITIONAL COST. UNLESS AGREED TO OTHERWISE IN ADVANCE, THE TOTAL AMOUNT DUE WILL BE PAID IN FULL AT THE TIME THE EQUIPMENT IS PICKED UP. IF REQUIRED, YOU WILL BE RESPONSIBLE FOR ANY TRANSPORTATION OF YOUR EQUIPMENT TO AND FROM OUR SHOP. WE WILL ALLOW FIVE (5) DAYS AFTER YOU ARE NOTIFIED OF COMPLETION OF REPAIRS TO PICK UP THE EQUIPMENT. AFTER THIS TIME STORAGE CHARGES MAY BE ASSESSED. EQUIPMENT DESIGN CORRECTIONS OR MODIFICATIONS ARE NOT COVERED BY THIS CONTRACT. UNLESS EXPRESSLY AGREED TO OTHERWISE IN WRITING AND ATTACHED HERETO, THE REPAIR WORK SHALL BE GOVERNED BY THE TERMS AND CONDITIONS, MAINTENANCE AND REPAIR CONTRACT.

I HEREBY AGREE TO PAY ON DELIVERY FOR ALL LABOR, REPAIR PARTS AND MATERIAL USED AT YOUR CURRENT RATES IN PERFORMING THE ABOVE REPAIR WORK ON MY EQUIPMENT.

THE UNDERSIGNED CERTIFIES THAT HE HAS THE AUTHORITY TO BIND THE ABOVE NAMED OWNER BE IT A CORPORATION, PARTNERSHIP, OR PROPRIETORSHIP AS TO ALL NECESSARY CHARGES WITH RESPECT TO THE ABOVE REPAIRS

X
OWNER OR AGENT'S SIGNATURE

X
UNIT PICKED UP BY

IRCO CONFIDENTIAL 0039

| QUANTITY | PART # | DESCRIPTION |
|---|---|---|
| 2 | 82133-944-00 | SWITCH PF 30655 |
| 1 | 00112-516-07 | Seal Kit / Plunger Check Valve PTS |

IRCO CONFIDENTIAL 0040

*IN 51589*
*OUT 51552*
*MILEAGE 37*

**(IR) Ingersoll Rand**

(508) 481-1350

300 Turnpike Road
Route 9, Southboro, MA 01772

CUSTOMER: *MURRAY PAVING*

ADDRESS: *JOB SITE MILLFORD MA*
*CUNNIFF AVE*

TELEPHONE: _____ DATE: *5-7-03*

| TIME LEFT | TIME ARRIVED ON JOB | TIME LEFT JOB | TIME ARRIVED |
|---|---|---|---|
| HOME ☐ | | | HOME ☐ |
| SHOP *7.30am* | *8.30am* | *2.30pm* | SHOP *3.000pm* |
| MOTEL ☐ | | | MOTEL ☐ |

| EQUIPMENT MODEL | SERIAL NUMBER | HOUR METER READING |
|---|---|---|
| *PF4410* | *44032-14* | *NEW* |

**WORK PERFORMED:**

*NEW MACHINE START-UP*

| EXPENSES | | TIME CHARGED | | SERVICEMAN'S SIGNATURE |
|---|---|---|---|---|
| MEALS | _____ | SUNDAY | _____ | X_____ |
| LODGING | _____ | WEEKDAY | _____ | CUSTOMER'S PURCHASE ORDER NUMBER |
| TEL. | _____ | OVERTIME | _____ | *John McBown* |
| TRANS.EXP. | _____ | MILEAGE | _____ | SERVICEMAN'S SIGNATURE |
| OTHER | _____ | MILES | *37* | X_____ |

IRCO CONFIDENTIAL 0041

```
ACCOUNT NUMBER INVOICE NBR  INVOICE DATE   DUE DATE    TOTAL DUE   AMOUNT PAID
  641-454546    641-02649    05/30/03      06/29/03       $59.84
```

MAIL REMITTANCE TO:

```
S   INGERSOLL-RAND COMPANY
O T IR EQUIPMENT AND SERVICES T5
L O 300 TURNPIKE ROAD ROUTE 9
D   TYPE 5 FOR BRANCH 641
    SOUTHBOROUGH MA 01772-0000
```

```
                                  INGERSOLL-RAND EQUIPMENT SALES
                                  P O BOX 75697
                                  CHARLOTTE NC 28275
```

```
S F INGERSOLL-RAND EQUIPMENT SALES       S
O R 300 TURNPIKE RD RTE9                  H T
L O SOUTHBORO MA 01772                    I O
D M TEL:  (508) 481-1350                  P
```

```
CUSTOMER P.O. NBR.       INVOICE NO.   INVOICE DATE   ACCOUNT NBR.    ORDER NO
                          641-02649     05/30/03       641-454546    641-4845 W
```

```
ITEM NUMBER       DESCRIPTION    QUANTITY    UNIT-PRICE    TOTAL AMOUNT
```

```
20342747        ULTIMAT PART      1.0          9.92          56.00

                                            SUB-TOTAL        56.00
                                            FREIGHT           3.84

                                            TOTAL DUE        59.84
```

```
SERIAL NBR:6413441032-14    MODEL:PF-4410    DESCR:
```

CERTIFIED TO BE A TRUE AND CORRECT COPY

PAGE
                                                          1

IRCO CONFIDENTIAL 0042

# DIRECT

and Services Company
300 Turnpike Road
Southboro, MA 01772
508-481-1350

Work Order **4845**

TECH: **Murray Pav**

| | | | |
|---|---|---|---|
| CUSTOMER: | Ingersoll IR | CONTACT NAME: | |
| CALL LOCATION: | Murray Pav | PHONE NUMBER | |
| DATE W/O OPENED: | 5/7/03 | PO NUMBER | |
| MODEL: PF-4410 | HOURS: — | S/N: 441032-14 | |

### DESCRIPTION OF WORK PERFORMED:

Order parts book

AT YOUR REQUEST, INGERSOLL-RAND AGREES TO PERFORM THE ABOVE SPECIFIED REPAIR WORK. MINIMUM CHARGE WILL BE 1 HOUR AT CURRENT LABOR RATES. IF THE NECESSITY FOR ANY FURTHER REPAIR IS DISCOVERED IN THE COURSE OF COMPLETING THE WORK, YOU WILL BE ADVISED OF THIS AS WELL AS THE ADDITIONAL COST. UNLESS AGREED TO OTHERWISE IN ADVANCE, THE TOTAL AMOUNT DUE WILL BE PAID IN FULL AT THE TIME THE EQUIPMENT IS PICKED UP. IF REQUIRED, YOU WILL BE RESPONSIBLE FOR ANY TRANSPORTATION OF YOUR EQUIPMENT TO AND FROM OUR SHOP. WE WILL ALLOW FIVE (5) DAYS AFTER YOU ARE NOTIFIED OF COMPLETION OF REPAIRS TO PICK UP THE EQUIPMENT. AFTER THIS TIME STORAGE CHARGES MAY BE ASSESSED. EQUIPMENT DESIGN CORRECTIONS OR MODIFICATIONS ARE NOT COVERED BY THIS CONTRACT. UNLESS EXPRESSLY AGREED TO OTHERWISE IN WRITING AND ATTACHED HERETO, THE REPAIR WORK SHALL BE GOVERNED BY THE TERMS AND CONDITIONS, MAINTENANCE AND REPAIR CONTRACT.

I HEREBY AGREE TO PAY ON DELIVERY FOR ALL LABOR, REPAIR PARTS AND MATERIAL USED AT YOUR CURRENT RATES IN PERFORMING THE ABOVE REPAIR WORK ON MY EQUIPMENT.

THE UNDERSIGNED CERTIFIES THAT HE HAS THE AUTHORITY TO BIND THE ABOVE NAMED OWNER BE IT A CORPORATION, PARTNERSHIP, OR PROPRIETORSHIP AS TO ALL NECESSARY CHARGES WITH RESPECT TO THE ABOVE REPAIRS

X _____
OWNER OR AGENT'S SIGNATURE

X _____
UNIT PICKED UP BY

IRCO CONFIDENTIAL 0043

| QUANTITY | PART# | DESCRIPTION |
|----------|-------|-------------|
| 1 | Q9601-770-00 | BOOK (Give to Andy When ~~~) |

Andy. A
4845.

IRCO CONFIDENTIAL 0044

**(IR)** Ingersoll-Rand Equipment & Services Company
300 Turnpike Road, Rte 9
Southboro, MA. 01772-1799
(508) 481-1350 Phone
(800) 544-8098 Phone
(508) 481-2014 Fax

**D(IR)ECT**

*[handwritten, top left:] Power cords IN for these reports URGENT.*

*[handwritten, top right:] START-UP REPORT*

Copies to: Phillips; Cruse; Cove; File; Salesman Despres AAA

*[circled handwritten:] STANLEY*

| Customer PO # | Proposal No. | Salesman: *[handwritten]* | Date: 5/7/3 |
|---|---|---|---|
| Customer: *MURRAY* | | Ship To: *J. SLINGERLEG* | |
| Address: | | | |

*4910032 -14*

| Phone | Attn: *ARNIE* | SHIPPING & FREIGHT CHARGES ADDED TO INVOICE |
|---|---|---|
| Fax | Cell 508 326 5218 | FOB point is the machine location OR FOB Factory on new units. |

TERMS: ( )Cash; ( )NET 30 with credit approval;( ) FINANCING is subject to approval criteria & fees.  Date Requested: / /   Date Promised: / /

| OTY | DESCRIPTION | SELL PRICE: |
|---|---|---|
| → | ROTATE OUTER AUGERS 180° (ON PHASE) | DONE |
| → | CHECK GP PUMP PRESSURE (1800PSI) DONE OK-1850PSI | |
| → | TRIM BOLTS (STUDS) ON PRE-STRIKE OFF | DONE |
| → | HYDRAULIC LEAK IN TENSION CYLINDER (RIGHT TRACK) | CHECK BREATHER OK DONE |
| → | ADJUST FORWARD/REVERSE LEVERS | DONE |
| → | FLUSH UP FRONT HOPPER STOPS | REMOVE SHIMS DONE |
| → | ROTATE HOSES OUT OF WAY OF SCREED LIFT IN FRONT OF | |
| | LEFT SCREED CONTROL | DONE |
| → | REWIRE TEN POINT CONTROLS ON REMOTE STATIONS TO AUTO AUGER | |
| | TUNNELS — REWIRE IN CONTROL STATION MODIFY WIRING DONE | |
| → | CHECK POWER CROWN — VERY STIFF  CHECKS GOOD SUB TOTAL | DONE |
| → | LEFT END GATE NOT FLOATING TRIM NOSE OF TEXTURESCREED PAN | |
| → | CHECK "0" ON CROWN SCALE | DONE |

**UPON THIS INVOICE OR AT TIME OF REGISTRATION.**

*WIRE SWITCHES FOR EXTENSIONS (PRIMARY ONLY)* **TOTAL**

WARRANTY: *F-UP TOP (operator station)*

| TRADE-IN SURVEY; MAKE, | MODEL & S/N, | YEAR, | RUNNING, YES / NO |
|---|---|---|---|
| CONDITION, | LAST SERVICE DATE, | ALLOWANCE VALUE $ | |

*✗ LEFT EXTENSION WON'T CLOSE-UP CLEAN MAT'L VIBE DONE*

Ingersoll-Rand Equipment & Services Company

APPROVED BY: A A ANDRE   andrew_andre@irco.com

I HAVE APPROVED THE ABOVE ORDER CUSTOMER:

TITLE: Vice President / Branch Manager   DATE:    TITLE:    DATE:

THIS TRANSACTION IS SUBJECT TO INGERSOLL-RAND COMPANY STANDARD TERMS AND CONDITIONS. ALL QUOTES SUBJECT TO PRIOR SALE.

*✗ MOVE FEEDER PADDLES OUT TO EXTENSION DOORS FAB & INSTALL DONE*

*✗ ...*

IRCO CONFIDENTIAL 0045

06133 -944 -00  SWITCH
226019

① REMOTE CONTROLS

② PADLOCK KEYS

_____

00133 - ?? ?? ???????
            ???? ??? ???

? ????????? C/L - ??????

92 R OUT ⎫ PRIMARY
93 R IN  ⎭

R   IN   GR

R   OUT  BR

L   IN   YE

L   OUT  WT

**(IR) Ingersoll-Rand Equipment & Services Company**
300 Turnpike Road, Rte 9
Southboro, MA. 01772-1799
(508) 481-1350 Phone
(800) 544-8098 Phone
(508) 481-2014 Fax

*Paul coming in for tomorrow morning URGENT.*

*START-UP REPORT*

**D(IR)ECT**

Copies to; Phillips; Cruse; Cove; File;
Salesman Despres; AAA;
*STANLEY*

| Customer P.O. # | | Proposal No. | | Salesman: | *J. SLINGSBERG* | Date: 5/7/3 |
|---|---|---|---|---|---|---|
| Customer: | *MURRAY* | | | Ship To: | | |
| Address: | | | | | | |
| | *4440 032 -14* | | | | | |
| Phone | Attn: *ALNIE* | | | SHIPPING & FREIGHT CHARGES ADDED TO INVOICE | | |
| Fax | *CELL 508 326 5218* | | | FOB point is the machine location OR FOB Factory on new units. | | |

TERMS; ( )Cash; ( )NET 30 with credit approval;( ) FINANCING is subject to approval criteria & fees.   Date Requested: / /   Date Promised: / /

| QTY | DESCRIPTION | SELL PRICE: |
|---|---|---|
| → | ROTATE OUTER AUGERS 180° (ON PHASE) | DONE |
| → | Check G.P. PUMP PRESSURE (800 PSI) DONE OK 1850 PSI | |
| → | TRIM BOLTS (STUDS) ON PRE-STRIKE OFF | DONE |
| → | HYDRAULIC LEAK ON TENSION CYLINDER (RIGHT TRACK) OK | CHECK BREATHER DONE |
| → | ADJUST FORWARD/REMOVE COVERS | DONE |
| → | FLUSH UP FRONT HOPPER STOPS | REMOVE SHIMS DONE |
| → | ROTATE HOSES OUT OF WAY OF SCREED LIFT IN FRONT OF | |
| | LOW SCREED CONTROL | DONE |
| → | REWIRE TEN POINT CONTROLS ON REMOTE STATIONS TO AUTO AUGER | |
| | TUNNELS - REWIRE IN CONTROL STATION | MODIFY WIRING DONE |
| | Check POWER CROWN - Very Stiff   CHECKS GOOD  SUBTOTAL | DONE |
| → | LEFT END GATE NOT FLOATING - TRIM NOSE OF (EXT'N SCREED PAN) | DONE |
| → | CHECK "0" ON CROWN SCALE | DONE |

**UPON THIS INVOICE OR AT TIME OF REGISTRATION:**
→ MIKE SWITCHES FOR EXTENSIONS (PRIMARY ONLY)   **TOTAL**
  ← UP TOP (OPERATOR STATION)
WARRANTY:

| TRADE-IN SURVEY; MAKE, | MODEL & S/N, | YEAR, | RUNNING, YES / NO |
|---|---|---|---|
| CONDITION, | LAST SERVICE DATE; | ALLOWANCE VALUE $ | |

✗ LEFT EXTENSION WON'T CLOSE-UP   CLEAN MAT'L   DONE
  TUBE

Ingersoll-Rand Equipment & Services Company          I HAVE APPROVED THE ABOVE ORDER

APPROVED BY: A A ANDRE   andrew_andre@irco.com   CUSTOMER:

TITLE: Vice President / Branch Manager   DATE:      TITLE:      DATE:

THIS TRANSACTION IS SUBJECT TO INGERSOLL-RAND COMPANY STANDARD TERMS AND CONDITIONS. ALL QUOTES SUBJECT TO PRIOR SALE.

✗ MOVE FEEDER PADDLES OUT TO EXTENSION DOORS   FAB & INSTALL DONE

✗ REPAIR FRONT HOPPER FRAMING   DONE

IRCO CONFIDENTIAL 0047

**(IR) Ingersoll-Rand Equ[...]**
300 T[...]
Southbo[...]
(508)
(800)
(508)

*[handwritten top left]* Power coming in for trouble repairs URGENT.

*[handwritten top right]* Murray Spring UP 27
— Material flow issue
— Hydraulic power couplings

ise; Cove; File;
Despres (AAA)

*[handwritten]* 5/7/3

| Customer PO # | | Proposal No. | |
|---|---|---|---|
| Customer: | MURRAY | | |
| Address: | | | |
| | 4410 032 -14 | | |
| Phone | Attn: ALNIE | | D TO INVOICE |
| Fax | Cell 508 326 5218 | FOB point is the machine location OR FOB Factory on new units. | |

TERMS: ( ) Cash; ( ) NET 30 with credit approval; ( ) FINANCING is subject to approval criteria & fees.    Date Requested: / /    Date Promised: / /

| OTY | DESCRIPTION | SELL PRICE: |
|---|---|---|
| → | ROTATE OUTER AUGERS 180° (IN PROGRESS) | |
| → | Check GP PUMP PRESSURE (800 PSI) | |
| → | TRIM BOLTS (STUDS) ON PRE-STRIKE OFF | |
| → | HYDRAULIC LEAK ON TENSION CYLINDER (RIGHT TRACK) | |
| → | ADJUST (FORWARD) / REMOVE LEVONS | |
| → | FLUSH UP FRONT HOPPER STOPS | |
| → | ROTATE HOSES OUT OF WAY OF SCREED LIFT IN FRONT OF |
| | LEFT SCREED CONTROL | |
| → | REWIRE TOW POINT CONTROLS ON REMOTE STATIONS TO AUTO AUGER | |
| | TUNNELS — REWIRE IN CONTROL STATION | |
| → | Check POWER CROWN — Very STIFF | |

*[handwritten right column]* 5/10
— Hopper cylinder ?
— Hyd Hose Fitting loosened
— TRAM Control Rod lock nut loosened

UPON THIS INVOICE OR AT TIME OF REGISTRATION:
→ WIRE SWITCHES FOR EXTENSIONS (PRIMARY
WARRANTY:    F UP TOP (OVER

| TRADE-IN SURVEY; MAKE, | MODEL & S/N, |
|---|---|
| CONDITION, | LAST SERVICE DATE; |

✗ LEFT EXTENSION WON'T CLOS

Ingersoll-Rand Equipment & Services Company                I HAVE APPROV[...]
APPROVED BY: A A ANDRE    andrew_andre@irco.com    CUSTOMER:
TITLE: Vice President / Branch Manager    DATE:                TITLE:                DATE

THIS TRANSACTION IS SUBJECT TO INGERSOLL-RAND COMPANY STANDARD TERMS AND CONDITIONS. ALL QUOTES SUBJECT TO PRIOR SALE.

✗ MOVE FEEDER PADDLES OUT TO EXTENSION DOORS

IRCO CONFIDENTIAL 0048



**Ingersoll-Rand Equipment
and Services Company
300 Turnpike Road
Southboro, MA 01772
508-481-1350**

Work Order _____

TECH: _~J M Keown~_

CUSTOMER: _MURRAY PAVING_

CALL LOCATION: _IR - BK_

CONTACT NAME:

DATE W/O OPENED: _WARRANTY_

PHONE NUMBER:

MODEL: _DF4410_    HOURS: _NEW_    _5-7-03_

PO NUMBER:

S/N: _441032-14_

### DESCRIPTION OF WORK PERFORMED:

_PROBLEM - HOPPER WINGS WILL NOT
CLOSE OR FUNCTION VERY SLOW WHEN
HOT & LIFTING MATERIAL_

_5-7-03 - START-UP @ JOB SITE_

_- HOPPER WINGS SLOWED & WOULDN'T DUMP
MAT'L 2 HOURS INTO START-UP WHILE PAVING_

_- CHECK SYSTEM - OK_

_- TURN UP GP PUMP TO 1900 PSI SEEMS OK_

_5-13-03 - OUR SHOP - R&R RH HOPPER LIFT CYLINDER
CYCLE NUMEROUS TIMES SEEMS OK_

_5-22-03 JOB SITE MILFORD - HOPPER NOT CLOSING WITH
MATERIAL & SLOW - R&R SOLENOID ASSY - PROBLEM STILL EXISTS_

AT YOUR REQUEST, INGERSOLL-RAND AGREES TO PERFORM THE ABOVE SPECIFIED REPAIR WORK. MINIMUM CHARGE WILL BE 1 HOUR AT CURRENT LABOR RATES. IF THE NECESSITY FOR ANY FURTHER REPAIR IS DISCOVERED IN THE COURSE OF COMPLETING THE WORK, YOU WILL BE ADVISED OF THIS AS WELL AS THE ADDITIONAL COST. UNLESS AGREED TO OTHERWISE IN ADVANCE, THE TOTAL AMOUNT DUE WILL BE PAID IN FULL AT THE TIME THE EQUIPMENT IS PICKED UP. IF REQUIRED, YOU WILL BE RESPONSIBLE FOR ANY TRANSPORTATION OF YOUR EQUIPMENT TO AND FROM OUR SHOP. WE WILL ALLOW FIVE (5) DAYS AFTER YOU ARE NOTIFIED OF COMPLETION OF REPAIRS TO PICK UP THE EQUIPMENT. AFTER THIS TIME STORAGE CHARGES MAY BE ASSESSED. EQUIPMENT DESIGN CORRECTIONS OR MODIFICATIONS ARE NOT COVERED BY THIS CONTRACT. UNLESS EXPRESSLY AGREED TO OTHERWISE IN WRITING AND ATTACHED HERETO, THE REPAIR WORK SHALL BE GOVERNED BY THE TERMS AND CONDITIONS, MAINTENANCE AND REPAIR CONTRACT.

I HERBY AGREE TO PAY ON DELIVERY FOR ALL LABOR, REPAIR PARTS AND MATERIAL USED AT YOUR CURRENT RATES IN PERFORMING THE ABOVE REPAIR WORK ON MY EQUIPMENT.

THE UNDERSIGNED CERTIFIES THAT HE HAS THE AUTHORITY TO BIND THE ABOVE NAMED OWNER BE IT A CORPORATION, PARTNERSHIP, OR PROPRIETORSHIP AS TO ALL NECESSARY CHARGES WITH RESPECT TO THE ABOVE REPAIRS

X _____
OWNER OR AGENT'S SIGNATURE

X _____
UNIT PICKED UP BY

IRCO CONFIDENTIAL 0049

- R&R MOTION CONTROL VALVES CARTRIDGE'S
DAMAGED SEAL ON ONE CARTRIDGE
PROBLEM STILL EXISTS
- CHECK WITH PAUL HARGISS TURN
GP PUMP PRESSURE TO 2000 PSI
STILL SLOW
- UP GP PUMP TO 2250 PSI FUNCTION
OK - STAY MONITOR FOR 6 TRUCKS

NOTE:- 54 HOURS ON MACHINE @ THIS TIME
WITH OVER 200 HRS SERVICE ON MACHINE
WE HAVE EXPERIENCED NO SYSTEM PROBLEM

5-20-03 | LABOUR  2.5 HR       SVC CALL

TRAVEL TIME  1.25 HR

TRAVEL MILAGE  24 MILES

5-13-03 | LABOUR  0.5 HR       OUR SHOP

**(IR) Ingersoll-Rand**

(508) 481-1350

300 Turnpike Road
Route 9, Southboro, MA 01772

CUSTOMER: _Murray Paving_

ADDRESS: _Rte Sme Milford_

TELEPHONE: _____    DATE: _5-22-03_

| TIME LEFT | | TIME ARRIVED ON JOB | TIME LEFT JOB | TIME ARRIVED | |
|---|---|---|---|---|---|
| HOME ☐ | | | | HOME ☐ | |
| SHOP ☐ | 10:31 Am | 10:45 Am | 1:30 Pm | SHOP ☐ | 2:00 Pm |
| MOTEL ☐ | | | | MOTEL ☐ | |

| EQUIPMENT MODEL | SERIAL NUMBER | HOUR METER READING |
|---|---|---|
| DF 4410 | 4410 32-14 | 54 |

**WORK PERFORMED:**

_Hyml Not Closing_

_Change Function Selenoid_
_Assy - 1R_

_Rel Housing Valves Within Same_
_On Cul Cartiage_
_(2) Valve Seal Kit (winks)_
_Increase Pump Pressure Limouter_
_1.05 to 25 LBS_

| EXPENSES | | TIME CHARGED | | SERVICEMAN'S SIGNATURE |
|---|---|---|---|---|
| MEALS | | SUNDAY | | X _____ |
| LODGING | | WEEKDAY | | CUSTOMER'S PURCHASE ORDER NUMBER |
| | | OVERTIME | | |
| INS.EXP. | | MILEAGE | | SERVICEMAN'S SIGNATURE |
| OTHER | | MILES | 24 | X _____ |

IRCO CONFIDENTIAL 0051

```
ACCOUNT NUMBER INVOICE NBR  INVOICE DATE  DUE DATE    TOTAL DUE    AMOUNT PAID
   641-454546   641-02645    05/30/03    06/29/03     $6,201.52
```

MAIL REMITTANCE TO:

```
                                    INGERSOLL-RAND EQUIPMENT SALES
 S    INGERSOLL-RAND COMPANY        P O BOX 75697
 O T  IR EQUIPMENT AND SERVICES T5  CHARLOTTE NC 28275
 L O  300 TURNPIKE ROAD ROUTE 9
 D    TYPE 5 FOR BRANCH 641
      SOUTHBOROUGH MA 01772-0000
```

```
 S F  INGERSOLL-RAND EQUIPMENT SALES      S
 O R  300 TURNPIKE RD RTE9                H T
 L O  SOUTHBORO MA 01772                  I O
 D M  TEL:  (508) 481-1350                P
```

```
 CUSTOMER P.O. NBR.      INVOICE NO.   INVOICE DATE   ACCOUNT NBR.    ORDER NO
                          641-02645     05/30/03      641-454546    641-4816 W
```

| ITEM NUMBER | DESCRIPTION | QUANTITY | UNIT-PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| 20934493 | SWITCH | 2.0 | 7.79 | 26.60 |
| 20929295 | SEAL KIT | 1.0 | 3.07 | 8.34 |
|  | 4 POLE SOCKET | 1.0 | 26.94 | 26.94 |
|  | FLEET TECH | 1.0 | 165.00 | 165.00 |
|  | UBOLT | 1.0 | 5.23 | 5.23 |
|  | ALARM | 1.0 | 36.83 | 36.83 |
|  | TRAVEL TIME | 1.5 | 63.75 | 95.63 |
|  | FIELD LABOR | 1.0 | 63.75 | 63.75 |
|  | SHOP LABOR | 90.5 | 63.75 | 5,769.38 |

```
                                     SUB-TOTAL       6,197.70
                                     FREIGHT             3.82

                                     TOTAL DUE       6,201.52
```

```
 SERIAL NBR:6413441032-14    MODEL:PF-4410    DESCR:
```

C E R T I F I E D   T O   B E   A   T R U E   A N D   C O R R E C T   C O P Y

IRCO CONFIDENTIAL 0052

| QUANTITY | PART # | DESCRIPTION |
|---|---|---|
| 2 | 80133-944-00 | SWITCH  RF30655 |
| 1 | 00112-516-00 | Sea Kit Bronze CHMK VALV |

IRCO CONFIDENTIAL 0053

 **DIRECT**

and Services Company
300 Turnpike Road
Southboro, MA 01772
508-481-1350

Work Order **4816**

TECH: **John M**

| CUSTOMER: *IR Murry Pau* | CONTACT NAME: |
| CALL LOCATION: | PHONE NUMBER |
| DATE W/O OPENED: *5/5/03* | PO NUMBER |
| MODEL: *PF4410*   HOURS: *-* | S/N: *441032-14* |

**DESCRIPTION OF WORK PERFORMED:**

*START UP - MILFORD     5-7-03*
*5-21-03 - JOB SITE NATICK*
*REPAIR EXTENSION STRIKE-OFFS*

AT YOUR REQUEST, INGERSOLL-RAND AGREES TO PERFORM THE ABOVE SPECIFIED REPAIR WORK. MINIMUM CHARGE WILL BE 1 HOUR AT CURRENT LABOR RATES. IF THE NECESSITY FOR ANY FURTHER REPAIR IS DISCOVERED IN THE COURSE OF COMPLETING THE WORK, YOU WILL BE ADVISED OF THIS AS WELL AS THE ADDITIONAL COST. UNLESS AGREED TO OTHERWISE IN ADVANCE, THE TOTAL AMOUNT DUE WILL BE PAID IN FULL AT THE TIME THE EQUIPMENT IS PICKED UP. IF REQUIRED, YOU WILL BE RESPONSIBLE FOR ANY TRANSPORTATION OF YOUR EQUIPMENT TO AND FROM OUR SHOP. WE WILL ALLOW FIVE (5) DAYS AFTER YOU ARE NOTIFIED OF COMPLETION OF REPAIRS TO PICK UP THE EQUIPMENT. AFTER THIS TIME STORAGE CHARGES MAY BE ASSESSED. EQUIPMENT DESIGN CORRECTIONS OR MODIFICATIONS ARE NOT COVERED BY THIS CONTRACT. UNLESS EXPRESSLY AGREED TO OTHERWISE IN WRITING AND ATTACHED HERETO, THE REPAIR WORK SHALL BE GOVERNED BY THE TERMS AND CONDITIONS, MAINTENANCE AND REPAIR CONTRACT.

I HERBY AGREE TO PAY ON DELIVERY FOR ALL LABOR, REPAIR PARTS AND MATERIAL USED AT YOUR CURRENT RATES IN PERFORMING THE ABOVE REPAIR WORK ON MY EQUIPMENT.

THE UNDERSIGNED CERTIFIES THAT HE HAS THE AUTHORITY TO BIND THE ABOVE NAMED OWNER BE IT A CORPORATION, PARTNERSHIP, OR PROPRIETORSHIP AS TO ALL NECESSARY CHARGES WITH RESPECT TO THE ABOVE REPAIRS

X
_____
OWNER OR AGENT'S SIGNATURE

X
_____
UNIT PICKED UP BY

IRCO CONFIDENTIAL 0054

**Ingersoll-Rand Equipment & Services Company**
300 Turnpike Road, Rte 9
Southboro, MA. 01772-1799
(508) 481-1350 Phone
(800) 544-8098 Phone
(508) 481-2014 Fax

**DIRECT**

*START - UP REPORT* (handwritten)

*Rush ??? in Repairs for these urgent.* (handwritten)

Copies to; Philling; Cruse; Cove; File;
Salesman Despres; AAA;

| Customer P.O. # | | Proposal No. | | Salesman: STANLEY | |
|---|---|---|---|---|---|
| Customer: MURRAY | | | | Ship To: J. STRUGERS | Date 5/7/? |
| Address: 4410 032 -14 | | | | | |
| Phone | Attn: ARNIE | | | SHIPPING & FREIGHT CHARGES ADDED TO INVOICE | |
| Fax | CELL 508 326 5218 | | | FOB point is the machine location OR FOB Factory on new units. | |

TERMS; ( )Cash; ( )NET 30 with credit approval; ( ) FINANCING is subject to approval criteria & fees.   Date Requested: / /   Date Promised: / /

| OTY | DESCRIPTION | SELL PRICE: |
|---|---|---|
| → | ROTATE OUTER AUGERS 180° ( PHASE ) | DONE |
| → | CHECK GR. PUMP PRESSURE (1800 PSI) DONE OK 1850 PSI | |
| → | TRIM BOLTS (STUDS) ON PRE-STRIKE OFF | DONE |
| → | HYDRAULIC LEAK IN TENSION CYLINDER (RIGHT TRACK) | CHECK BREATHER OK DONE |
| → | ADJUST (AWKWARD) REMOVE COVERS | DONE |
| → | FLUSH UP FRONT HOPPER STOPS | REMOVE SHIMS DONE |
| → | ROTATE HOSES OUT OF WAY OF SCREED LIFT IN FRONT OF LEFT SCREED CONTROL | DONE |
| → | REWIRE TEN POINT CONTROLS ON REMOTE STATIONS TO AUTO AUGER TUNNELS - REWIRE IN CONTROL STATION | MODIFY WIRING DONE |
| → | CHECK POWER CROWN - VERY STIFF CHECKS GOOD | DONE |
| | **SUB TOTAL** | |
| → | LEFT END GATE NOT FLOATING TRIM NOSE OF ??? SCREED ??? | DONE |
| → | CHECK "O" ON CIRCUIT SCALE | DONE |

UPON THIS INVOICE OR AT TIME OF REGISTRATION:

WIRE SWITCHES FOR EXTENSIONS (PRIMARY ONLY) **TOTAL**

WARRANTY:    F UP TOP (OPERATOR STATION)

| TRADE-IN SURVEY; MAKE, | MODEL & S/N, | YEAR, | RUNNING, YES / NO |
|---|---|---|---|
| CONDITION, | LAST SERVICE DATE: | ALLOWANCE VALUE $ | |
| X  LEFT EXTENSION WON'T CLOSE UP | | CLEAN MAT'L VIBE DONE | |

Ingersoll-Rand Equipment & Services Company

I HAVE APPROVED THE ABOVE OR ??? DONE

| APPROVED BY: A A ANDRE | andrew_andre@irco.com | CUSTOMER: | |
|---|---|---|---|
| TITLE:  Vice President / Branch Manager | DATE: | TITLE: | DATE: |

THIS TRANSACTION IS SUBJECT TO INGERSOLL-RAND COMPANY STANDARD TERMS AND CONDITIONS. ALL QUOTES SUBJECT TO PRIOR SALE.

X  MOVE FEEDER PADDLES ??? TO EXTENSION DOORS

X  REPAIR FRONT HOPPER FRAMING   FAB & INSTALL DONE

IRCO CONFIDENTIAL 0055