06133-944-00  SWITCH
226019

① REMOTE CONTROLS
② PADLOCK KEYS

00194-002-00 BREATHER
Track Tension Cyl

00112-085-00 CYL - HOPPER

92 R OUT ⎫ PRIMARY
93 R IN  ⎭

R    IN    GR

R    OUT   BR

L    IN    YE

L    OUT   WT

IRCO CONFIDENTIAL 0056

**(IR) Ingersoll-Rand**

(508) 481-1350

300 Turnpike Road
Route 9, Southboro, MA 01772

CUSTOMER: *MURRAY*

ADDRESS: *NATICK*

TELEPHONE: _____

DATE: *5-21-03*

| TIME LEFT | TIME ARRIVED ON JOB | TIME LEFT JOB | TIME ARRIVED |
|---|---|---|---|
| HOME ☐ | | | HOME ☐ |
| SHOP *8.30* | *9.30* | *10.30* | SHOP *1100 Am* |
| MOTEL ☐ | | | MOTEL ☐ |

| EQUIPMENT MODEL | SERIAL NUMBER | HOUR METER READING |
|---|---|---|
| *PF 4410* | *441032-14* | *41* |

WORK PERFORMED:

*RE-PAIR TEXTEN STRIKE-OFF*
*TRAVEL WITH DICKIE THE*
*WELDER*

| EXPENSES | TIME CHARGED | SERVICEMAN'S SIGNATURE |
|---|---|---|
| ; | SUNDAY | X _____ |
| NG | WEEKDAY | CUSTOMER'S PURCHASE ORDER NUMBER |
| | OVERTIME | |
| EXP. | MILEAGE | SERVICEMAN'S SIGNATURE |
| | MILES *30* | X *John McKown* |

IRCO CONFIDENTIAL 0057

**(IR) Ingersoll-Rand**

*No. 16589*
*Date 31552*

(508) 481-1350

600 Turnpike Road
Route 9, Southboro, MA 01772

CUSTOMER: *MURRAY PAVING*

ADDRESS: *JOB SITE MILFORD MA*
*CUNNIFE AVE*

TELEPHONE: _____    DATE: *5-7-03*

| TIME LEFT | | TIME ARRIVED ON JOB | TIME LEFT JOB | TIME ARRIVED | |
|---|---|---|---|---|---|
| HOME | ☐ | | | HOME | ☐ |
| SHOP | 7:30 Am | 8:30 Am | 2:30 Pm | SHOP | 3:00 Pm |
| MOTEL | ☐ | | | MOTEL | ☐ |

| EQUIPMENT MODEL | SERIAL NUMBER | HOUR METER READING |
|---|---|---|
| DF-4410 | 441032-14 | NEW |

**WORK PERFORMED:**

*New Machine Start-up.*

| EXPENSES | | TIME CHARGED | | SERVICEMAN'S SIGNATURE |
|---|---|---|---|---|
| MEALS | _____ | SUNDAY | _____ | X _____ |
| LODGING | _____ | WEEKDAY | _____ | CUSTOMER'S PURCHASE ORDER NUMBER |
| TEL. | _____ | OVERTIME | _____ | *John McKeown* |
| TRANS. EXP. | _____ | MILEAGE | _____ | SERVICEMAN'S SIGNATURE |
| OTHER | _____ | MILES | *37* | X _____ |

IRCO CONFIDENTIAL 0058

*52277 IN*
*52253 OUT*

**(IR) Ingersoll-Rand**

(508) 481-1350

300 Turnpike Road
Route 9, Southboro, MA 01772

CUSTOMER: *MURRAY PAVING*
ADDRESS: *Job Site Milford*

TELEPHONE: _____   DATE: *5-22-03*

| TIME LEFT | TIME ARRIVED ON JOB | TIME LEFT JOB | TIME ARRIVED |
|---|---|---|---|
| HOME ☐ | | | HOME ☐ |
| SHOP *10:00 Am* | *10:45 Am* | *1:30 Pm* | SHOP *2:00 Pm* |
| MOTEL ☐ | | | MOTEL ☐ |

| EQUIPMENT MODEL | SERIAL NUMBER | HOUR METER READING |
|---|---|---|
| *PF 4410* | *441032-14* | *54* |

**WORK PERFORMED:**

*HOPPER NOT CLOSING*

*CHANGE FUNCTION SOLENOID*
*ASSY - OK*

*- R&R HOLDING VALVES BROKEN SEAL*
*ON ONE CARTAGE*
*(WILL ORDER SEAL KIT) & REBUILD*
*OUR VALVE*
*- INCREASE PUMP PRESSURE & MONITER*
*1.25 TRAVEL 2.45 LABOUR*

| EXPENSES | TIME CHARGED | SERVICEMAN'S SIGNATURE |
|---|---|---|
| MEALS | SUNDAY | X_____ |
| LODGING | WEEKDAY | CUSTOMER'S PURCHASE ORDER NUMBER |
| TEL. | OVERTIME | |
| TRANS.EXP. | MILEAGE | SERVICEMAN'S SIGNATURE |
| OTHER | MILES *24* | |

IRCO CONFIDENTIAL 0059

5 22 77 IN
52253 OUT
04
**IR** Ingersoll-Rand

(508) 481-1350

300 Turnpike Road
Route 9, Southboro, MA 01772

CUSTOMER: _MURRAY PAVING_

ADDRESS: _Job Site Milford_

TELEPHONE: _____  DATE: _5-22-03_

| TIME LEFT | TIME ARRIVED ON JOB | TIME LEFT JOB | TIME ARRIVED |
|---|---|---|---|
| HOME ☐ | | | HOME ☐ |
| SHOP 10:00Am | 10:45Am | 1:30Pm | SHOP 2:00Pm |
| MOTEL ☐ | | | MOTEL ☐ |

| EQUIPMENT MODEL | SERIAL NUMBER | HOUR METER READING |
|---|---|---|
| PF 4410 | 441032-14 | 54 |

**WORK PERFORMED:**

HOPPER NOT CLOSING

- CHANGE FUNCTION SOLENOID
  ASSY - OK
- R&R HOLDING VALVES BROKEN SEAL
  ON ONE CARTAGE
  (WILL ORDER SEAL KIT) & REBUILD
  COIL VALVE
- INCREASE PUMP PRESSURE & MONITER
1.25 TRAVEL 2.75 LABOUR

| EXPENSES | TIME CHARGED | SERVICEMAN'S SIGNATURE |
|---|---|---|
| | | X_____ |
| MEALS ____ | SUNDAY ____ | CUSTOMER'S PURCHASE ORDER NUMBER |
| LODGING ____ | WEEKDAY ____ | |
| TEL. ____ | OVERTIME ____ | |
| TRANS.EXP. ____ | MILEAGE ____ | SERVICEMAN'S SIGNATURE |
| OTHER ____ | MILES _24_ | X_____ |

IRCO CONFIDENTIAL 0060

**(IR) Ingersoll-Rand**

(508) 481-1350

300 Turnpike Road
Route 9, Southboro, MA 01772

CUSTOMER: _MURRAY_

ADDRESS: _NATICK_

TELEPHONE: _____ DATE: _5-21-03_

| TIME LEFT | TIME ARRIVED ON JOB | TIME LEFT JOB | TIME ARRIVED |
|-----------|--------------------|--------------|--------------|
| HOME ☐ SHOP 8:30 ☐ MOTEL ☐ | 9:30 | 10:30 | HOME ☐ SHOP 11:00AM ☐ MOTEL ☐ |

| EQUIPMENT MODEL | SERIAL NUMBER | HOUR METER READING |
|-----------------|---------------|--------------------|
| PF 4410 | 441032-14 | 41 |

**WORK PERFORMED:**

RE-PAIR EXTEN STRIKE-OFF
TRAVEL WITH DICKIE THE
WELDER

| EXPENSES | TIME CHARGED | SERVICEMAN'S SIGNATURE |
|----------|--------------|------------------------|
| MEALS _____ | SUNDAY _____ | X _____ |
| LODGING _____ | WEEKDAY _____ | CUSTOMER'S PURCHASE ORDER NUMBER |
| TEL. _____ | OVERTIME _____ | |
| TRANS.EXP. _____ | MILEAGE _____ | SERVICEMAN'S SIGNATURE |
| OTHER _____ | MILES 30 | X John McKeown |

| ACCOUNT NUMBER | INVOICE NBR | INVOICE DATE | DUE DATE | TOTAL DUE | AMOUNT PAID |
|---|---|---|---|---|---|
| 641-454546 | 641-02645 | 05/30/03 | 06/29/03 | $6,201.52 | |

Ⓒ

MAIL REMITTANCE TO:

S    INGERSOLL-RAND COMPANY
O T  IR EQUIPMENT AND SERVICES T5
L O  300 TURNPIKE ROAD ROUTE 9
D    TYPE 5 FOR BRANCH 641
     SOUTHBOROUGH MA 01772-0000

INGERSOLL-RAND EQUIPMENT SALES
P O BOX 75697
CHARLOTTE NC 28275

S F  INGERSOLL-RAND EQUIPMENT SALES        S
O R  300 TURNPIKE RD RTE9                   H T
L O  SOUTHBORO MA 01772                     I O
D M  TEL: (508) 481-1350                    P

INTERNAL
W/R
WORK READY
WORK ORDER

| CUSTOMER P.O. NBR. | INVOICE NO. 641-02645 | INVOICE DATE 05/30/03 | ACCOUNT NBR. 641-454546 | ORDER NO 641-4816 W |
|---|---|---|---|---|

| ITEM NUMBER | DESCRIPTION | QUANTITY | UNIT-PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| 20934493 | SWITCH | 2.0 | 7.79 | 26.60 |
| 20929295 | SEAL KIT | 1.0 | 3.07 | 8.34 |
| | 4 POLE SOCKET | 1.0 | | |
| | FLEET TECH | 1.0 | | |
| | UBOLT | 1.0 | | |
| | ALARM | 1.0 | | |
| | TRAVEL TIME | 1.5 | | |
| | FIELD LABOR | 1.0 | | |
| | SHOP LABOR | 90.5 | | |

TOTAL DUE                    6,201.52

SERIAL NBR:6413441032-14    MODEL:PF-4410    DESCR:

C E R T I F I E D   T O   B E   A   T R U E   A N D   C O R R E C T   C O P Y

PAGE                                                    1

IRCO CONFIDENTIAL 0062



**Ingersoll-Rand Equipment
and Services Company
300 Turnpike Road
Southboro, MA 01772
508-481-1350**

Work Order  _5 HB_

TECH:  _J McGann_

| CUSTOMER: _IR - BK_ | CONTACT NAME: |
|---|---|
| CALL LOCATION: _WARRANTY_ | PHONE NUMBER |
| DATE W/O OPENED: _6-10-03_ | PO NUMBER |
| MODEL: _DF 4400_   HOURS: _100_ | S/N: _4AD32-14_ |

**DESCRIPTION OF WORK PERFORMED:**

_PROBLEM_
_- SCREED WILL NOT LOWER_

_SERVICE CALL: JOE STE PEABODY MA._

_- SCREED_ _WORKING WHEN I ARRIVED_
_- CHECK WIRING & SWITCHES IN OPERATING_
_COUNSEL_
_- CHECK WIRING BIT COUNSEL & FUES PANEL_
_- WIRE ON 15 AMP SCREED THROTTLE BREAKER_
_LOOSE - NUT & LOCK WASHER MISSING FROM ONE_
_BREAKER POST - INSTALL NEW NUT & LOCK_
_- CABLE TIE WIRING HARNESS FOR RH SCREED EXTENSION_

AT YOUR REQUEST, INGERSOLL-RAND AGREES TO PERFORM THE ABOVE SPECIFIED REPAIR WORK. MINIMUM CHARGE WILL BE 1 HOUR AT CURRENT LABOR RATES. IF THE NECESSITY FOR ANY FURTHER REPAIR IS DISCOVERED IN THE COURSE OF COMPLETING THE WORK, YOU WILL BE ADVISED OF THIS AS WELL AS THE ADDITIONAL COST. UNLESS AGREED TO OTHERWISE IN ADVANCE, THE TOTAL AMOUNT DUE WILL BE PAID IN FULL AT THE TIME THE EQUIPMENT IS PICKED UP. IF REQUIRED, YOU WILL BE RESPONSIBLE FOR ANY TRANSPORTATION OF YOUR EQUIPMENT TO AND FROM OUR SHOP. WE WILL ALLOW FIVE (5) DAYS AFTER YOU ARE NOTIFIED OF COMPLETION OF REPAIRS TO PICK UP THE EQUIPMENT. AFTER THIS TIME STORAGE CHARGES MAY BE ASSESSED. EQUIPMENT DESIGN CORRECTIONS OR MODIFICATIONS ARE NOT COVERED BY THIS CONTRACT. UNLESS EXPRESSLY AGREED TO OTHERWISE IN WRITING AND ATTACHED HERETO, THE REPAIR WORK SHALL BE GOVERNED BY THE TERMS AND CONDITIONS, MAINTENANCE AND REPAIR CONTRACT.

I HERBY AGREE TO PAY ON DELIVERY FOR ALL LABOR, REPAIR PARTS AND MATERIAL USED AT YOUR CURRENT RATES IN PERFORMING THE ABOVE REPAIR WORK ON MY EQUIPMENT.

THE UNDERSIGNED CERTIFIES THAT HE HAS THE AUTHORITY TO BIND THE ABOVE NAMED OWNER BE IT A CORPORATION, PARTNERSHIP, OR PROPRIETORSHIP AS TO ALL NECESSARY CHARGES WITH RESPECT TO THE ABOVE REPAIRS

_LABOUR    2.0 HR_
_TRAVEL TIME    2.0 HR_
_TRAVEL MILAGE    92 MILES_

X_____
OWNER OR AGENT'S SIGNATURE

X_____
UNIT PICKED UP BY

IRCO CONFIDENTIAL 0063

*IN - 52581*
*OUT - 52489*

**IR) Ingersoll-Rand**

(508) 481-1350 *92*

300 Turnpike Road
Route 9, Southboro, MA 01772

CUSTOMER: *Murray Paving*
ADDRESS: *Job Site Peabody*

TELEPHONE: _____    DATE: *6-10-03*

| TIME LEFT | TIME ARRIVED ON JOB | TIME LEFT JOB | TIME ARRIVED |
|---|---|---|---|
| HOME ☐ | | | HOME ☐ |
| SHOP *10:30 Am* | *11.30* | *4.30* | SHOP *2:30* |
| MOTEL ☐ | | | MOTEL ☐ |

| EQUIPMENT MODEL | SERIAL NUMBER | HOUR METER READING |
|---|---|---|
| *PF 4410 Screen* | *4410 32-14* | *100* |

**WORK PERFORMED:**

① *Hopper would'nt go down earlier in the Morning*

② *Screed extn wires haming on Birdcage*

①A *Check Hopper; Throttle; Screed wiring - Nut had "Dropped off" 15 Amp Breakers.*

②A *Cable Tie Loom Cable.*

| EXPENSES | | TIME CHARGED | | SERVICEMAN'S SIGNATURE |
|---|---|---|---|---|
| MEALS | ___ | SUNDAY | ___ | X ___ |
| LODGING | ___ | WEEKDAY | ___ | CUSTOMER'S PURCHASE ORDER NUMBER |
| EL. | ___ | OVERTIME | ___ | |
| RANS.EXP. | ___ | MILEAGE | ___ | SERVICEMAN'S SIGNATURE |
| THER | ___ | MILES | *92* | X *James McFink* |

IRCO CONFIDENTIAL 0064

# DIRECT

and Services Company
300 Turnpike Road
Southboro, MA 01772
508-481-1350

Work Order **5115**

TECH: **Sandra**

| CUSTOMER: Murray Paving | CONTACT NAME: |
| CALL LOCATION: | PHONE NUMBER |
| DATE W/O OPENED: 6/10/03 | PO NUMBER |
| MODEL: PF-4410 | HOURS: — | S/N: 441032-14 |

### DESCRIPTION OF WORK PERFORMED:

open

Extended Warranty

AT YOUR REQUEST, INGERSOLL-RAND AGREES TO PERFORM THE ABOVE SPECIFIED REPAIR WORK. MINIMUM CHARGE WILL BE 1 HOUR AT CURRENT LABOR RATES. IF THE NECESSITY FOR ANY FURTHER REPAIR IS DISCOVERED IN THE COURSE OF COMPLETING THE WORK, YOU WILL BE ADVISED OF THIS AS WELL AS THE ADDITIONAL COST. UNLESS AGREED TO OTHERWISE IN ADVANCE, THE TOTAL AMOUNT DUE WILL BE PAID IN FULL AT THE TIME THE EQUIPMENT IS PICKED UP. IF REQUIRED, YOU WILL BE RESPONSIBLE FOR ANY TRANSPORTATION OF YOUR EQUIPMENT TO AND FROM OUR SHOP. WE WILL ALLOW FIVE (5) DAYS AFTER YOU ARE NOTIFIED OF COMPLETION OF REPAIRS TO PICK UP THE EQUIPMENT. AFTER THIS TIME STORAGE CHARGES MAY BE ASSESSED. EQUIPMENT DESIGN CORRECTIONS OR MODIFICATIONS ARE NOT COVERED BY THIS CONTRACT. UNLESS EXPRESSLY AGREED TO OTHERWISE IN WRITING AND ATTACHED HERETO, THE REPAIR WORK SHALL BE GOVERNED BY THE TERMS AND CONDITIONS, MAINTENANCE AND REPAIR CONTRACT.

I HERBY AGREE TO PAY ON DELIVERY FOR ALL LABOR, REPAIR PARTS AND MATERIAL USED AT YOUR CURRENT RATES IN PERFORMING THE ABOVE REPAIR WORK ON MY EQUIPMENT.

THE UNDERSIGNED CERTIFIES THAT HE HAS THE AUTHORITY TO BIND THE ABOVE NAMED OWNER BE IT A CORPORATION, PARTNERSHIP, OR PROPRIETORSHIP AS TO ALL NECESSARY CHARGES WITH RESPECT TO THE ABOVE REPAIRS

X
OWNER OR AGENT'S SIGNATURE

X
UNIT PICKED UP BY

IRCO CONFIDENTIAL 0065

 **Blaw-Knox.**

Ingersoll-Rand Company     **Blaw-Knox Construction Equipment**
750 Broadway Avenue East
Mattoon, IL 61938
(217) 234-8811

## APPLICATION FOR EXTENDED *POWER TRAIN* WARRANTY FOR BLAW-KNOX PAVERS

Dealer Name _Ingersoll-Rand_          Dealer Location _Southboro, MA_

Dealer PO# _641-5115_          Cost of Warranty _$ 5,000.00_

Model # _PF 4410_          Serial # of Unit _641344I032-14_

Customer Name _Murray Paving_          Customer Address _39 Taylor Street_

Date of Request _6/10/03_          _Framingham, MA 01701_

Please circle one of the following:   2 year - 2,000 hr.  -  $2,500.00  Distributor net
3 year - 3,000 hr.  -  $5,000.00  Distributor net
4 year - 4,000 hr.  -  $7,500.00  Distributor net
5 year - 5,000 hr.  -  $10,000.00 Distributor net
Other:  please specify below

_____

_____

_____  _____          _____  _____
Blaw-Knox Marketing Approval     Date          Blaw-Knox Warranty Administrator     Date

**Note:  Please fax this completed request form, attention warranty administrator at fax#: 217-238-6437**

IRCO CONFIDENTIAL 0066

INGERSOLL-RAND EQUIPMENT SALES
300 TURNPIKE RD RTE9
SOUTHBORO        MA    01772
TEL: (508) 481-1350

  INGERSOLL-RAND EQUIPMENT SALES
  P O BOX 75697

  CHARLOTTE        NC    28275

INVOICE/CREDIT MEMO:  641-02867
INVOICE DATE:         07/15/03
ORIGINAL INVOICE NBR:
I-R ORDER NBR:        641-5334 W
DATE SHIPPED:
VIA:              PREPAID
TERMS: NET 30 DAYS
CUST PO NBR:
SHIP FROM:

CUSTOMER NBR: 641-454546
TAX: 22-02-00-00.000 T5

*Wty*

INGERSOLL-RAND COMPANY
IR EQUIPMENT AND SERVICES
300 TURNPIKE ROAD ROUTE 9
SOUTHBOROUGH       MA  01772                          00000

| PCODE | PART NUMBER / DESCRIPTION | | QUANTITY | UNIT PRICE | DISCOUNT | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 30147 | 6413441032-14 | PF-4410 | 1.0 | | .0000 | |
| 15147 | 545 | FLEET TECH | 1.0 | 125.00 | | 125.00 |
| 15147 | 545 | FLEET TECH | 1.0 | 300.00 | | 300.00 |
| | | | | SUB-TOTAL | | 425.00 |
| | | | | GRAND TOTAL | | 425.00 |

-----------------------------------------------------------------------

TERR: 641-000-100  SMAN: 641-1641-100
TERR: 000-000-000  SMAN: 000-0000-000
TERR: 000-000-000  SMAN: 000-0000-000

IRCO CONFIDENTIAL 0067



**Ingersoll-Rand Equipment
and Services Company
300 Turnpike Road
Southboro, MA 01772
508-481-1350**

Work Order **5388**

TECH: **John M**

| | |
|---|---|
| CUSTOMER: *Warranty* | CONTACT NAME: |
| CALL LOCATION: *Murray Pav.* | PHONE NUMBER |
| DATE W/O OPENED: *7/23/03* | PO NUMBER |
| MODEL: *PF-4410*  HOURS: *— 193* | S/N: *441032-14* |

### DESCRIPTION OF WORK PERFORMED:

① - REMOVE ASPHALT FROM SCREED TRAILING EDGE;
INSTALL SHIMS TORQUE NUTS & STRING LINE FOR FLATNESS
② R/H AUGER TUNNEL EXTENSION REPAIR & INSTALL STOP
BLOCK
③ - STRAIGHTEN WELD & REPAIR CENTRE CHAIN
STRIP & INSTALL - REMOVE ASPHALT FROM
SPLIT PLATE AREA TO FACILITATE INSTALLATION
④ - R/H ARM REST - INSTALL NEW ROLL PIN & RE-INSTALL
⑤ R/H AUGER - CLEAN & INSTALL MISSING SHORT AUGER SEGMENT
SEE CUSTOMER CHARGE W/O # 5426
⑥ - REMOVE R/H ENDGATE; CLEAN - STRAIGHTEN GATE
& FRAME - WELD BROKEN REAR PIN FEDGER, SKID
RE-INSTALL

AT YOUR REQUEST, INGERSOLL-RAND AGREES TO PERFORM THE ABOVE SPECIFIED REPAIR WORK. MINIMUM CHARGE WILL BE 1 HOUR AT CURRENT LABOR RATES. IF THE NECESSITY FOR ANY FURTHER REPAIR IS DISCOVERED IN THE COURSE OF COMPLETING THE WORK, YOU WILL BE ADVISED OF THIS AS WELL AS THE ADDITIONAL COST. UNLESS AGREED TO OTHERWISE IN ADVANCE, THE TOTAL AMOUNT DUE WILL BE PAID IN FULL AT THE TIME THE EQUIPMENT IS PICKED UP. IF REQUIRED, YOU WILL BE RESPONSIBLE FOR ANY TRANSPORTATION OF YOUR EQUIPMENT TO AND FROM OUR SHOP. WE WILL ALLOW FIVE (5) DAYS AFTER YOU ARE NOTIFIED OF COMPLETION OF REPAIRS TO PICK UP THE EQUIPMENT. AFTER THIS TIME STORAGE CHARGES MAY BE ASSESSED. EQUIPMENT DESIGN CORRECTIONS OR MODIFICATIONS ARE NOT COVERED BY THIS CONTRACT. UNLESS EXPRESSLY AGREED TO OTHERWISE IN WRITING AND ATTACHED HERETO, THE REPAIR WORK SHALL BE GOVERNED BY THE TERMS AND CONDITIONS, MAINTENANCE AND REPAIR CONTRACT.

I HERBY AGREE TO PAY ON DELIVERY FOR ALL LABOR, REPAIR PARTS AND MATERIAL USED AT YOUR CURRENT RATES IN PERFORMING THE ABOVE REPAIR WORK ON MY EQUIPMENT.

THE UNDERSIGNED CERTIFIES THAT HE HAS THE AUTHORITY TO BIND THE ABOVE NAMED OWNER BE IT A CORPORATION, PARTNERSHIP, OR PROPRIETORSHIP AS TO ALL NECESSARY CHARGES WITH RESPECT TO THE ABOVE REPAIRS

X
_____
OWNER OR AGENT'S SIGNATURE

X
_____
UNIT PICKED UP BY

IRCO CONFIDENTIAL 0068

6) LUBE CROWN SCREWS - & RUN TO TEST

NOTE: POWER CROWN WORKS NORMAL UNLESS
FLOW CONTROLL VALVE IS OPENED MORE THAN
3/4's

7) AUGER OVERIDE SWITCHES

- SWITCHES WORK WITH OUT REMOTTE CONTROL
ATTCHED PROVIDING "JUMPER CAPS" ARE INSTALLED
ON CONTROLL BOX. THESE CAPS ARE INCLUDE.
WITH THE REMOTE CONTROLL KIT.

8) HAND CRANKS/THICKNESS SCREWS - NORMAL EFFORT
REQUIRED - CHECK CLUTCHES ETC. ON

NOTE: INSTALLATION OF "ROLLER SCREW OPTION" WILL
ALLOW EFFORTLESS TURNING

9) CLEAN MACHINE

IRCO CONFIDENTIAL 0069



**Ingersoll-Rand Equipment
and Services Company
300 Turnpike Road
Southboro, MA 01772
508-481-1350**

Work Order _5426_

TECH: _Chris M_

| CUSTOMER: _Murray Paving_ | CONTACT NAME: |
|---|---|
| CALL LOCATION: | PHONE NUMBER |
| DATE W/O OPENED: _7-23-03_ | PO NUMBER |
| MODEL: _PF 4410_   HOURS: _193_ | S/N: _4410 32-14_ |

### DESCRIPTION OF WORK PERFORMED:

_R/H Auger_
- _Clean auger shaft & install missing auger segment_

_Note_
- _This failure would have resulted from auger striking a solid object while customer was operating paver._

- _Repair damaged R/H inside conveyor chain support & broken bolts_
- _Repair & reinstall ctr containment chain_
- _Check R/H kend gate/ledger assy_

_Note This failure caused by running over a curb or similar fixed object_

AT YOUR REQUEST, INGERSOLL-RAND AGREES TO PERFORM THE ABOVE SPECIFIED REPAIR WORK. MINIMUM CHARGE WILL BE 1 HOUR AT CURRENT LABOR RATES. IF THE NECESSITY FOR ANY FURTHER REPAIR IS DISCOVERED IN THE COURSE OF COMPLETING THE WORK, YOU WILL BE ADVISED OF THIS AS WELL AS THE ADDITIONAL COST. UNLESS AGREED TO OTHERWISE IN ADVANCE, THE TOTAL AMOUNT DUE WILL BE PAID IN FULL AT THE TIME THE EQUIPMENT IS PICKED UP. IF REQUIRED, YOU WILL BE RESPONSIBLE FOR ANY TRANSPORTATION OF YOUR EQUIPMENT TO AND FROM OUR SHOP. WE WILL ALLOW FIVE (5) DAYS AFTER YOU ARE NOTIFIED OF COMPLETION OF REPAIRS TO PICK UP THE EQUIPMENT. AFTER THIS TIME STORAGE CHARGES MAY BE ASSESSED. EQUIPMENT DESIGN CORRECTIONS OR MODIFICATIONS ARE NOT COVERED BY THIS CONTRACT. UNLESS EXPRESSLY AGREED TO OTHERWISE IN WRITING AND ATTACHED HERETO, THE REPAIR WORK SHALL BE GOVERNED BY THE TERMS AND CONDITIONS, MAINTENANCE AND REPAIR CONTRACT.

I HERBY AGREE TO PAY ON DELIVERY FOR ALL LABOR, REPAIR PARTS AND MATERIAL USED AT YOUR CURRENT RATES IN PERFORMING THE ABOVE REPAIR WORK ON MY EQUIPMENT.

THE UNDERSIGNED CERTIFIES THAT HE HAS THE AUTHORITY TO BIND THE ABOVE NAMED OWNER BE IT A CORPORATION, PARTNERSHIP, OR PROPRIETORSHIP AS TO ALL NECESSARY CHARGES WITH RESPECT TO THE ABOVE REPAIRS

X _____
OWNER OR AGENT'S SIGNATURE

X _____
UNIT PICKED UP BY

IRCO CONFIDENTIAL 0070

John Mc

| QUANTITY | PART # | DESCRIPTION 5426 |
|---|---|---|
| (1) 60955019 | | R/H Auger Shoe >FF43553 |

IRCO CONFIDENTIAL 0071

```
ACCOUNT NUMBER  INVOICE NBR   INVOICE DATE   DUE DATE    TOTAL DUE    AMOUNT PAID
   641-586842    641-12655     07/31/03      08/30/03     $391.50
```

MAIL REMITTANCE TO:

```
S    MURRAY PAVING AND RECLAIMATI          INGERSOLL-RAND EQUIPMENT SALES
O T  P O BOX 329                           P O BOX 75697
L O  FRAMINGHAM MA 01702-0000              CHARLOTTE NC 28275
D
```

```
S F  INGERSOLL-RAND EQUIPMENT SALES       S
O R  300 TURNPIKE RD RTE9                  H T
L O  SOUTHBORO MA 01772                    I O
D M  TEL: (508) 481-1350                   P
```

| CUSTOMER P.O. NBR. | INVOICE NO. | INVOICE DATE | ACCOUNT NBR. | ORDER NO |
|---|---|---|---|---|
| | 641-12655 | 07/31/03 | 641-586842 | 641-5426 W |

| ITEM NUMBER | DESCRIPTION | QUANTITY | UNIT-PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| 20955019 | RH AUGER - C | 1.0 | 120.00 | 120.00 |
| | S/S | 1.0 | 10.00 | 10.00 |
| | SHOP LABOR | 3.0 | 85.00 | 255.00 |

```
                                           SUB-TOTAL        385.00
TAXABLE AMOUNT              130.00          SALES TAX          6.50

                                           TOTAL DUE         391.50
```

RIGH HAND AUGER. CLEAN AUGER SHAFT AND INSTALL MISSING
AUGER SEGMENT. NOTE: THIS FAILURE WOULD HAVE RESULTED
FROM AUGER STRIKING A SOLID OBJECT WHILE CUSTOMER
WAS OPERATING PAVER.
  SERIAL NBR:6413441032-14    MODEL:PF-4410    DESCR:

CERTIFIED  TO  BE  A  TRUE  AND  CORRECT  COPY

PAGE                                                          1

IRCO CONFIDENTIAL 0072



**Ingersoll-Rand Equipment
and Services Company
300 Turnpike Road
Southboro, MA 01772
508-481-1350**

Work Order _____

TECH: *John M*

| CUSTOMER: *MURRAY PAVING* *I R EK* | CONTACT NAME: |
| CALL LOCATION: *WARRANTY* | PHONE NUMBER |
| DATE W/O OPENED: *7-23-03* | PO NUMBER |
| MODEL: *PF 4410* | HOURS: *193* | S/N: *441032-14* |

## DESCRIPTION OF WORK PERFORMED:

*Auger Tunnel Extension R.H.
Extension Stop Block has Sheared off
Customer Recovered it from the Mix*

*Reinouse Exten & Clean
Repair Bent Components & Weld As
Required
Replace Stop Block & Tunnel Extension*

*Labour 3 Hrs*

AT YOUR REQUEST, INGERSOLL-RAND AGREES TO PERFORM THE ABOVE SPECIFIED REPAIR WORK. MINIMUM CHARGE WILL BE 1 HOUR AT CURRENT LABOR RATES. IF THE NECESSITY FOR ANY FURTHER REPAIR IS DISCOVERED IN THE COURSE OF COMPLETING THE WORK, YOU WILL BE ADVISED OF THIS AS WELL AS THE ADDITIONAL COST. UNLESS AGREED TO OTHERWISE IN ADVANCE, THE TOTAL AMOUNT DUE WILL BE PAID IN FULL AT THE TIME THE EQUIPMENT IS PICKED UP. IF REQUIRED, YOU WILL BE RESPONSIBLE FOR ANY TRANSPORTATION OF YOUR EQUIPMENT TO AND FROM OUR SHOP. WE WILL ALLOW FIVE (5) DAYS AFTER YOU ARE NOTIFIED OF COMPLETION OF REPAIRS TO PICK UP THE EQUIPMENT. AFTER THIS TIME STORAGE CHARGES MAY BE ASSESSED. EQUIPMENT DESIGN CORRECTIONS OR MODIFICATIONS ARE NOT COVERED BY THIS CONTRACT. UNLESS EXPRESSLY AGREED TO OTHERWISE IN WRITING AND ATTACHED HERETO, THE REPAIR WORK SHALL BE GOVERNED BY THE TERMS AND CONDITIONS, MAINTENANCE AND REPAIR CONTRACT.

I HERBY AGREE TO PAY ON DELIVERY FOR ALL LABOR, REPAIR PARTS AND MATERIAL USED AT YOUR CURRENT RATES IN PERFORMING THE ABOVE REPAIR WORK ON MY EQUIPMENT.

THE UNDERSIGNED CERTIFIES THAT HE HAS THE AUTHORITY TO BIND THE ABOVE NAMED OWNER BE IT A CORPORATION, PARTNERSHIP, OR PROPRIETORSHIP AS TO ALL NECESSARY CHARGES WITH RESPECT TO THE ABOVE REPAIRS

X _____
OWNER OR AGENT'S SIGNATURE

X _____
UNIT PICKED UP BY

IRCO CONFIDENTIAL 0073

| QUANTITY | PART # | DESCRIPTION |
|---|---|---|
| (1) | 00194-002-00 | BREATHER - AIR VENT |
| (1) | 00112-001-00 1709 | ADJ CYL - TRACK TENSION |

IRCO CONFIDENTIAL 0074



**Ingersoll-Rand Equipment
and Services Company
300 Turnpike Road
Southboro, MA 01772
508-481-1350**

Work Order _____

TECH: _____

| | |
|---|---|
| CUSTOMER: *MURRAY PAVING* | CONTACT NAME: |
| *I R - BK* | |
| CALL LOCATION: *WARRANTY* | PHONE NUMBER |
| DATE W/O OPENED: *7-23-03* | PO NUMBER |
| MODEL: *PF AAHD*   HOURS: *198* | S/N: *AA1032-14* |

### DESCRIPTION OF WORK PERFORMED:

① *TRACK TENSION CYLINDER:*
① *R & R R/H TRACK ADJUSTING CYLINDER*

*NOTE! THIS CYLINDER HAS BEEN BY PASSING FLUID
FROM BREATHER SINCE INITIAL 001 BREATHER
VALVE WAS CHANGED INITIALLY - LEAK HAS
PROGRESSIVELY WORSENED*

② *SHIMS MISSING FROM SCREED TRAILING
EDGE*
*- REINSTALL SHIMS - TORQUE NUTS
STRING LINE & CHECK FOR FLATNESS*
① *TRACK TENSION CYL - 3.0 HR*
② *SCREED SHIMS   1.5 HR*

AT YOUR REQUEST, INGERSOLL-RAND AGREES TO PERFORM THE ABOVE SPECIFIED REPAIR WORK. MINIMUM CHARGE WILL BE 1 HOUR AT CURRENT LABOR RATES. IF THE NECESSITY FOR ANY FURTHER REPAIR IS DISCOVERED IN THE COURSE OF COMPLETING THE WORK, YOU WILL BE ADVISED OF THIS AS WELL AS THE ADDITIONAL COST. UNLESS AGREED TO OTHERWISE IN ADVANCE, THE TOTAL AMOUNT DUE WILL BE PAID IN FULL AT THE TIME THE EQUIPMENT IS PICKED UP. IF REQUIRED, YOU WILL BE RESPONSIBLE FOR ANY TRANSPORTATION OF YOUR EQUIPMENT TO AND FROM OUR SHOP. WE WILL ALLOW FIVE (5) DAYS AFTER YOU ARE NOTIFIED OF COMPLETION OF REPAIRS TO PICK UP THE EQUIPMENT. AFTER THIS TIME STORAGE CHARGES MAY BE ASSESSED. EQUIPMENT DESIGN CORRECTIONS OR MODIFICATIONS ARE NOT COVERED BY THIS CONTRACT. UNLESS EXPRESSLY AGREED TO OTHERWISE IN WRITING AND ATTACHED HERETO, THE REPAIR WORK SHALL BE GOVERNED BY THE TERMS AND CONDITIONS, MAINTENANCE AND REPAIR CONTRACT.

I HERBY AGREE TO PAY ON DELIVERY FOR ALL LABOR, REPAIR PARTS AND MATERIAL USED AT YOUR CURRENT RATES IN PERFORMING THE ABOVE REPAIR WORK ON MY EQUIPMENT.

THE UNDERSIGNED CERTIFIES THAT HE HAS THE AUTHORITY TO BIND THE ABOVE NAMED OWNER BE IT A CORPORATION, PARTNERSHIP, OR PROPRIETORSHIP AS TO ALL NECESSARY CHARGES WITH RESPECT TO THE ABOVE REPAIRS.

X
_____
OWNER OR AGENT'S SIGNATURE

X
_____
UNIT PICKED UP BY

IRCO CONFIDENTIAL 0075



```
ACCOUNT NUMBER  INVOICE NBR   INVOICE DATE   DUE DATE    TOTAL DUE    AMOUNT PAID
  790-100495     641-02984     07/31/03      08/30/03     $1,804.43
```

MAIL REMITTANCE TO:

```
S     INGERSOLL-RAND COMPANY
O T   BLAW KNOX (919)
L O   750 BROADWAY AVENUE EAST
D     MATTOON IL 61938-0000
```

```
                        INGERSOLL-RAND EQUIPMENT SALES
                        P O BOX 75697
                        CHARLOTTE NC 28275
```

```
S F   INGERSOLL-RAND EQUIPMENT SALES      S
O R   300 TURNPIKE RD RTE9                H T
L O   SOUTHBORO MA 01772                  I O
D M   TEL:  (508) 481-1350                P
```

```
CUSTOMER P.O. NBR.      INVOICE NO.   INVOICE DATE   ACCOUNT NBR.    ORDER NO
                         641-02984     07/31/03      790-100495    641-5388 W
```

| ITEM NUMBER | DESCRIPTION | QUANTITY | UNIT-PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| 20311833 | CYLINDER, TR | 1.0 | 187.52 | 187.52 |
|  | SHOP LABOR | 20.0 | 63.75 | 1,275.00 |
|  |  | SUB-TOTAL |  | 1,462.52 |
|  |  | FREIGHT |  | 10.14 |
|  |  | TOTAL DUE |  | 1,472.66 |

```
REMOVE ASPHALT FROM SCREED TRAILING EDGE INSTALL
SHIMS TORQUE NUTS AND STRING LINE FOR FLATNESS.
R/H AUGER TUNNEL EXTENSION REPAIR AND INSTALL STOP BLOCK
STRAIGHTEN WELD AND REPAIR CENTRAL CHAIN STRIP AND INSTALL
REMOVE ASPHALT FROM SPILL PLATE AREA TO FACILITATE
INSTALLATION. R/H ARM REST. INSTALL NEW ROLL PIN AND
REINSTALL. R/H AUGER CLEAN AND INSTALL MISSING SHORT AUGER
SEGMENT SEE CUSTOMER W/O. 641-5426. REMOVE R/H END GATE
AND CLEAN STRAIGHTEN GATE AND FRAME WELD BROKEN REAR
PIN EDGER SKI AND REINSTALL.
LUBE CROWN SCREWS AND RUN TO TEST. NOTE: POWER
CROWN WORKS NORMAL UNLESS FLOW CONTROL VALVE IS
OPENED MORE THAN 3/4'S.
AUGER OVERRIDE SWITCHES. SWITCHES WORK WITH OUT REMOTE
CONTROL ATTACHED PROVIDING JUMPER CAPS ARE INSTALLED
ON CONTROL BOX. THESE CAPS ARE INCLUDED WITH THE
REMOTE CONTOL KIT. HAND CRANKS/THICKNESS SCREWS
```

C O N T I N U E D   O N   T H E   F O L L O W I N G   P A G E

IRCO CONFIDENTIAL 0076

```
CUSTOMER P.O. NBR.      INVOICE NO.    INVOICE DATE    ACCOUNT NBR.      ORDER NO
                        641-02984       07/31/03       790-100495       641-5388 W


ITEM NUMBER          DESCRIPTION     QUANTITY      UNIT-PRICE       TOTAL AMOUNT



NORMAL EFFORT REQUIRED. CHECK CLUTCHES ETC. ON
NOTE: INSTALLATION OF ROLLER SCREW OPTIO WILL ALLOW
EFFORTLESS TURNING.
CLEAN MACHINE. REMOVE AND REPLACE TRACK TENSION
ADJUSTING CYLINDER
NOTE: THIS CYLINDER HAS BEEN BYPASSING LEAKING FLUID
FROM THE BREATHER SINCE INITAL PDI LEAK HAS BEEN
GETTING WORSE.
          FAILURE DATE -    7/23/ 3
          REPAIR DATE  -    7/31/ 3
          IN SERVICE   -    5/ 5/ 3
          HOUR METER   -    2
   SERIAL NBR:6413441032-14   MODEL:PF-4410    DESCR:
```

C E R T I F I E D   T O   B E   A   T R U E   A N D   C O R R E C T   C O P Y

IRCO CONFIDENTIAL 0077



**Ingersoll-Rand Equipment
and Services Company
300 Turnpike Road
Southboro, MA 01772
508-481-1350**

*PU 7-2-03*

Work Order __5388__

TECH: __John M__

| CUSTOMER: Warranty | | CONTACT NAME: |
|---|---|---|
| CALL LOCATION: Murray Pau. | | PHONE NUMBER |
| DATE W/O OPENED: 7/23/03 | | PO NUMBER |
| MODEL: PF-4410 | HOURS: — 193 | S/N: 441032-14 |

### DESCRIPTION OF WORK PERFORMED:

① - REMOVE ASPHALT FROM SCREED TRAILING EDGE.
INSTALL SHIMS TORQUE NUTS & STRING LINE FOR FLATNESS

② RH AUGER TUNNEL EXTENSION REPAIR & INSTALL STOP
BLOCK

③ - STRAIGHTEN WELD & REPAIR CENTRE CHAIN
CONTAINMENT CURTAINS INSTALL - REMOVE ASPHALT FROM
SPILL PLATE AREA TO FACILITATE INSTALLATION

④ - RH ARM REST - INSTALL NEW ROLL PIN & RE-INSTALL

⑤ RH AUGER - CLEAN & INSTALL MISSING SHORT AUGER SEGMENT
SEE CUSTOMER CHARGE WO # 5426

⑥ - REMOVE RH ENDGATE! CLEAN - STRAIGHTEN GATE
& FRAME - WELD BROKEN REAR PIN FEDGER SKI &
RE-INSTALL

*DONE*

AT YOUR REQUEST, INGERSOLL-RAND AGREES TO PERFORM THE ABOVE SPECIFIED REPAIR WORK MINIMUM CHARGE WILL BE 1 HOUR AT CURRENT LABOR RATES. IF THE NECESSITY FOR ANY FURTHER REPAIR IS DISCOVERED IN THE COURSE OF COMPLETING THE WORK, YOU WILL BE ADVISED OF THIS AS WELL AS THE ADDITIONAL COST. UNLESS AGREED TO OTHERWISE IN ADVANCE, THE TOTAL AMOUNT DUE WILL BE PAID IN FULL AT THE TIME THE EQUIPMENT IS PICKED UP. IF REQUIRED, YOU WILL BE RESPONSIBLE FOR ANY TRANSPORTATION OF YOUR EQUIPMENT TO AND FROM OUR SHOP. WE WILL ALLOW FIVE (5) DAYS AFTER YOU ARE NOTIFIED OF COMPLETION OF REPAIRS TO PICK UP THE EQUIPMENT. AFTER THIS TIME STORAGE CHARGES MAY BE ASSESSED. EQUIPMENT DESIGN CORRECTIONS OR MODIFICATIONS ARE NOT COVERED BY THIS CONTRACT. UNLESS EXPRESSLY AGREED TO OTHERWISE IN WRITING AND ATTACHED HERETO, THE REPAIR WORK SHALL BE GOVERNED BY THE TERMS AND CONDITIONS, MAINTENANCE AND REPAIR CONTRACT.

I HERBY AGREE TO PAY ON DELIVERY FOR ALL LABOR, REPAIR PARTS AND MATERIAL USED AT YOUR CURRENT RATES IN PERFORMING THE ABOVE REPAIR WORK ON MY EQUIPMENT.

THE UNDERSIGNED CERTIFIES THAT HE HAS THE AUTHORITY TO BIND THE ABOVE NAMED OWNER BE IT A CORPORATION, PARTNERSHIP, OR PROPRIETORSHIP AS TO ALL NECESSARY CHARGES WITH RESPECT TO THE ABOVE REPAIRS

IRCO CONFIDENTIAL 0078

John, Mc.
5388

| QUANTITY | PART # | DESCRIPTION |
|---|---|---|
| 200 gts | 36120470 | Hydraulic Oil |
| 2 | 1/2" NC x 2 1/2 Cap Screw | |
| 2 | 1/2 NC Lock Nuts | |
| 1 | 00112-1709-00 | Track Tension Cylinder |
| 0 | 20955001 | RH Short Auger Segment |
| 0 | 20955019 | 00680-188-01 RH Auger Stem |

cf 43347

IRCO CONFIDENTIAL 0079