6) LUBE CROWN SCREWS - & RUN TO TEST
NOTE: POWER CROWN WORKS NORMAL UNLESS
    FLOW CONTROL VALVE IS OPENED MORE THAN
    3/4's

7) AUGER OVERIDE SWITCHES
    - SWITCHES WORK WITH OUT REMOTTE Control
ATTCHED PROVIDING "JUMPER CAPS" ARE INSTALLED
ON CONTROLL BOX: THESE CAPS ARE INCLUDE
WITH THE REMOTTE CONTROLL KIT.

8) HAND CRANKS/THICKNESS SCREWS - NORMAL EFFORT
    REQUIRED - CHECK CLUTCHES ETC. OA
NOTE: INSTALLATION OF "ROLLER SCREW OPTION" WILL
    ALLOW EFFORTLESS TURNING

9) CLEAN MACHINE

10) R&R R/H TRACK TENSION ADJUSTING CYLINDER
NOTE: THIS CYLINDER HAS BEEN BYPASSING LEAKING FLUID
    FROM THE BREATHER SINCE INITAL P.D.I LEAK
WARRANTY HAS GOT PROGRESSIVLEY WORSE,

IRCO CONFIDENTIAL 0080



IRCO CONFIDENTIAL 0081



4/1/0        1440  #32-14
- Dropped on -
- Murray Paving -

(1) Stop on left - Right side
(2) Arm Rest          Left side
(3) Override switches only
    work when remotes are
    hook
(4) Bead seams hard to turn
(5) Mixing Bar going across
    Paper
(6) Power Crown Hard Turn
(7) Not Cranking Down
                when hot

7/2/03    Picked up

    Problem w/ water tank

(8) R/H track tension oil
    leaking at breather
    00112-709-00 - warranty
(9) R/H Auger Has Broken Segment
    + Customer Fault

| ACCOUNT NUMBER | INVOICE NBR | INVOICE DATE | DUE DATE | TOTAL DUE | AMOUNT PAID |
|---|---|---|---|---|---|
| 790-100495 | 641-02984 | 07/31/03 | 08/30/03 | $1,804.43 | |

MAIL REMITTANCE TO:

```
S    INGERSOLL-RAND COMPANY
O T  BLAW KNOX (919)
L O  750 BROADWAY AVENUE EAST
D    MATTOON IL 61938-0000
```

```
INGERSOLL-RAND EQUIPMENT SALES
P O BOX 75697
CHARLOTTE NC 28275
```

```
S F  INGERSOLL-RAND EQUIPMENT SALES          S
O R  300 TURNPIKE RD RTE9                     H T
L O  SOUTHBORO MA 01772                       I O
D M  TEL:  (508) 481-1350                     P
```

| CUSTOMER P.O. NBR. | INVOICE NO. 641-02984 | INVOICE DATE 07/31/03 | ACCOUNT NBR. 790-100495 | ORDER NO 641-5388 W |
|---|---|---|---|---|

| ITEM NUMBER | DESCRIPTION | QUANTITY | UNIT-PRICE | TOTAL AMOUNT |
|---|---|---|---|---|
| 20311833 | CYLINDER, TR | 1.0 | 187.52 | 187.52 |
| | SHOP LABOR | 20.0 | 63.75 | 1,275.00 |
| | | SUB-TOTAL | | 1,462.52 |
| | | FREIGHT | | 10.14 |
| | | TOTAL DUE | | 1,472.66 |

REMOVE ASPHALT FROM SCREED TRAILING EDGE INSTALL
SHIMS TORQUE NUTS AND STRING LINE FOR FLATNESS.
R/H AUGER TUNNEL EXTENSION REPAIR AND INSTALL STOP BLOCK
STRAIGHTEN WELD AND REPAIR CENTRAL CHAIN STRIP AND INSTALL
REMOVE ASPHALT FROM SPILL PLATE AREA TO FACILITATE
INSTALLATION. R/H ARM REST. INSTALL NEW ROLL PIN AND
REINSTALL. R/H AUGER CLEAN AND INSTALL MISSING SHORT AUGER
SEGMENT SEE CUSTOMER W/O. 641-5426. REMOVE R/H END GATE
AND CLEAN STRAIGHTEN GATE AND FRAME WELD BROKEN REAR
PIN EDGER SKI AND REINSTALL.
LUBE CROWN SCREWS AND RUN TO TEST. NOTE: POWER
CROWN WORKS NORMAL UNLESS FLOW CONTROL VALVE IS
OPENED MORE THAN 3/4'S.
AUGER OVERRIDE SWITCHES. SWITCHES WORK WITH OUT REMOTE
CONTROL ATTACHED PROVIDING JUMPER CAPS ARE INSTALLED
ON CONTROL BOX. THESE CAPS ARE INCLUDED WITH THE
REMOTE CONTOL KIT. HAND CRANKS/THICKNESS SCREWS

C O N T I N U E D   O N   T H E   F O L L O W I N G   P A G E

PAGE

1

IRCO CONFIDENTIAL 0083

| CUSTOMER P.O. NBR. | INVOICE NO. 641-02984 | INVOICE DATE 07/31/03 | ACCOUNT NBR. 790-100495 | ORDER NO 641-5388 W |
|---|---|---|---|---|

ITEM NUMBER          DESCRIPTION      QUANTITY      UNIT-PRICE      TOTAL AMOUNT


NORMAL EFFORT REQUIRED. CHECK CLUTCHES ETC. ON
NOTE: INSTALLATION OF ROLLER SCREW OPTIO WILL ALLOW
EFFORTLESS TURNING.
CLEAN MACHINE. REMOVE AND REPLACE TRACK TENSION
ADJUSTING CYLINDER
NOTE: THIS CYLINDER HAS BEEN BYPASSING LEAKING FLUID
FROM THE BREATHER SINCE INITAL PDI LEAK HAS BEEN
GETTING WORSE.
        FAILURE DATE -      7/23/ 3
        REPAIR DATE  -      7/31/ 3
        IN SERVICE   -      5/ 5/ 3
        HOUR METER   -      2
   SERIAL NBR:6413441032-14    MODEL:PF-4410     DESCR:


C E R T I F I E D   T O   B E   A   T R U E   A N D   C O R R E C T   C O P Y

IRCO CONFIDENTIAL 0084



**Ingersoll-Rand Equipment
and Services Company**
300 Turnpike Road
Southboro, MA 01772
508-481-1350

Work Order __5877__

TECH: __John M__

| CUSTOMER: *Warranty* | | CONTACT NAME: |
| --- | --- | --- |
| CALL LOCATION: *Murray Paving* | | PHONE NUMBER |
| DATE W/O OPENED: *9/30/03* | | PO NUMBER |
| MODEL: *PF4410* | HOURS: *298* | S/N: *441032-14* |

### DESCRIPTION OF WORK PERFORMED:

*Leaking track cylinder.*

*- R&R L/H TRACK ADJUSTING CYL*

*- STEAM OIL OUT OF L/H TRACK*

*DONE*

AT YOUR REQUEST, INGERSOLL-RAND AGREES TO PERFORM THE ABOVE SPECIFIED REPAIR WORK. MINIMUM CHARGE WILL BE 1 HOUR AT CURRENT LABOR RATES. IF THE NECESSITY FOR ANY FURTHER REPAIR IS DISCOVERED IN THE COURSE OF COMPLETING THE WORK, YOU WILL BE ADVISED OF THIS AS WELL AS THE ADDITIONAL COST. UNLESS AGREED TO OTHERWISE IN ADVANCE, THE TOTAL AMOUNT DUE WILL BE PAID IN FULL AT THE TIME THE EQUIPMENT IS PICKED UP. IF REQUIRED, YOU WILL BE RESPONSIBLE FOR ANY TRANSPORTATION OF YOUR EQUIPMENT TO AND FROM OUR SHOP. WE WILL ALLOW FIVE (5) DAYS AFTER YOU ARE NOTIFIED OF COMPLETION OF REPAIRS TO PICK UP THE EQUIPMENT. AFTER THIS TIME STORAGE CHARGES MAY BE ASSESSED. EQUIPMENT DESIGN CORRECTIONS OR MODIFICATIONS ARE NOT COVERED BY THIS CONTRACT. UNLESS EXPRESSLY AGREED TO OTHERWISE IN WRITING AND ATTACHED HERETO, THE REPAIR WORK SHALL BE GOVERNED BY THE TERMS AND CONDITIONS, MAINTENANCE AND REPAIR CONTRACT.

I HERBY AGREE TO PAY ON DELIVERY FOR ALL LABOR, REPAIR PARTS AND MATERIAL USED AT YOUR CURRENT RATES IN PERFORMING THE ABOVE REPAIR WORK ON MY EQUIPMENT.

THE UNDERSIGNED CERTIFIES THAT HE HAS THE AUTHORITY TO BIND THE ABOVE NAMED OWNER BE IT A CORPORATION, PARTNERSHIP, OR PROPRIETORSHIP AS TO ALL NECESSARY CHARGES WITH RESPECT TO THE ABOVE REPAIRS

X
OWNER OR AGENT'S SIGNATURE

X
UNIT PICKED UP BY

IRCO CONFIDENTIAL 0085

| QUANTITY | PART # | DESCRIPTION |
|----------|--------|-------------|
| 1 | 00112-709-00 | Track Tension Cylinder |

Overnight ... λ RF5669

```
                                    INVOICE/CREDIT MEMO:  641-03408
                                    INVOICE DATE:         10/28/03
 ï   INGERSOLL-RAND EQUIPMENT SALES  ORIGINAL INVOICE NBR:
     300 TURNPIKE RD RTE9            I-R ORDER NBR:        641-5877 W
     SOUTHBORO      MA   01772       DATE SHIPPED:
     TEL: (508) 481-1350             VIA:          PREPAID
                                     TERMS: NET 30 DAYS
                                     CUST PO NBR:
         INGERSOLL-RAND EQUIPMENT SALES  SHIP FROM:
         P O BOX 75697

         CHARLOTTE      NC  28275    CUSTOMER NBR:  790-100495
                                     TAX: 39-02-00-00.000  T4


     INGERSOLL-RAND COMPANY
     BLAW KNOX (919)
     750 BROADWAY AVENUE EAST
     MATTOON         IL  61938                    00000
```

| PCODE | PART NUMBER / DESCRIPTION | QUANTITY | UNIT PRICE | DISCOUNT | TOTAL AMOUNT |
|-------|---------------------------|----------|------------|----------|--------------|
| | LEAKING TRACK CYLINDER. REMOVED AND REPLACED L/H | | | | |
| | TRACK ADJUSTING CYL. STEAM OIL OUT OF L/H TRACK. | | | | |
| | FAILURE DATE  -    9/30/ 3 | | | | |
| | REPAIR DATE   -   10/20/ 3 | | | | |
| | IN SERVICE    -    5/ 5/ 3 | | | | |
| | HOUR METER    -    2 | | | | |
| 51147 6413441032-14 | PF-4410 | 1.0 | | .0000 | |
| 43147 20311833 | CYLINDER, TR | 1.0 | 519.29 | | 519.29 |
| 42147 210 | SHOP LABOR | 6.5 | 65.66 | .0000 | 426.79 |

```
                                       SUB-TOTAL      946.08
                                       FREIGHT         55.75
                                       GRAND TOTAL   1,001.83
```

--------------------------------------------------------------------------

```
TERR: 641-000-100  SMAN: 641-1501-100
TERR: 000-000-000  SMAN: 000-0000-000
TERR: 000-000-000  SMAN: 000-0000-000
```

IRCO CONFIDENTIAL 0087

```
                                    INVOICE/CREDIT MEMO:  641-03703
                                    INVOICE DATE:      12/09/03
   INGERSOLL-RAND EQUIPMENT SALES   ORIGINAL INVOICE NBR:
   300 TURNPIKE RD RTE9             I-R ORDER NBR:       641-6284 W
   SOUTHBORO        MA   01772      DATE SHIPPED:
   TEL: (508) 481-1350              VIA:        PREPAID
                                    TERMS: NET 30 DAYS
                                    CUST PO NBR:
      INGERSOLL-RAND EQUIPMENT SALES  SHIP FROM:
      P O BOX 75697

      CHARLOTTE       NC  28275     CUSTOMER NBR:  790-100495
                                    TAX:  39-02-00-00.000  T4


   INGERSOLL-RAND COMPANY
   BLAW KNOX (919)
   750 BROADWAY AVENUE EAST
   MATTOON        IL  61938                      00000
```

| PCODE | PART NUMBER / DESCRIPTION | QUANTITY | UNIT PRICE | DISCOUNT | TOTAL AMOUNT |
|---|---|---|---|---|---|

```
AUGER SHUT OFF PROBLEMS. REAR LIGHTS. BRAKE ACTING
UP COMES ON.
WITE IN ADDITIONAL LIGHT CIRCUIT. EACH PAIR OF LIGHTS
NOW ON THEIR OWN CIRCUIT. TEST LIGHTS FOR 2 HOURS
REMOVED AND REPLACED L/H AUGER REOSTAT. CHECK AND
ADJUST FORCE MOTORS FOR MAX SPEED AND SHUT OFF CREEPING
CHECK BRAKE FUNCTIONS AND SWITCH.
ARRIVED AT JOBSITE. READJUST L/H AUGER CONVEYOR
FORCE MOTOR IN AUGER WAS CREEPING WHEN HOT
OBSERVE MACHINE PAVING NO AUGER CREEP WHEN HOT.
        FAILURE DATE -    11/18/ 3
        REPAIR DATE  -    11/26/ 3
        IN SERVICE   -     5/ 5/ 3
        HOUR METER   -    335
```

| PCODE | PART NUMBER | DESCRIPTION | QUANTITY | UNIT PRICE | DISCOUNT | TOTAL AMOUNT |
|---|---|---|---|---|---|---|
| 51147 | 6413441032-14 | PF-4410 | 1.0 | | .0000 | |
| 43147 | 20934477 | RHEOSTAT | 1.0 | 36.40 | | 36.40 |
| 43147 | 20934576 | SWITCH | 1.0 | 13.30 | | 13.30 |
| 42147 | 210 | SHOP LABOR | 16.0 | 65.66 | .0000 | 1,050.56 |
| 42147 | 215 | FIELD LABOR | 1.0 | 65.66 | .0000 | 65.66 |
| 42147 | 230 | TRAVEL TIME | 1.0 | 65.66 | .0000 | 65.66 |
| 42147 | 233 | TRAVEL MILEAGE | 25.0 | 1.90 | .0000 | 47.50 |

```
                                         SUB-TOTAL    1,279.08
                                         GRAND TOTAL  1,279.08
```

--------------------------------------------------------------------------------

```
TERR: 641-000-100  SMAN: 641-1501-100
TERR: 000-000-000  SMAN: 000-0000-000
TERR: 000-000-000  SMAN: 000-0000-000
```

IRCO CONFIDENTIAL 0088

| QUANTITY | PART # | DESCRIPTION |
| --- | --- | --- |
| | | |

IRCO CONFIDENTIAL 0089



**Ingersoll-Rand Equipment
and Services Company
300 Turnpike Road
Southboro, MA 01772
508-481-1350**

Work Order  6284

TECH:  John M

Warranty

| CUSTOMER: Murray Paving | CONTACT NAME: Arvie |
| CALL LOCATION: | PHONE NUMBER: 508 820 7244 |
| DATE W/O OPENED: 11/26/04 | PO NUMBER |
| MODEL: 4410 | HOURS: | S/N: 3214 |

### DESCRIPTION OF WORK PERFORMED:

Lyt feed auger
Rt 135 @ hopkinton / ashland line — (white church)

DONE

AT YOUR REQUEST, INGERSOLL-RAND AGREES TO PERFORM THE ABOVE SPECIFIED REPAIR WORK. MINIMUM CHARGE WILL BE 1 HOUR AT CURRENT LABOR RATES. IF THE NECESSITY FOR ANY FURTHER REPAIR IS DISCOVERED IN THE COURSE OF COMPLETING THE WORK, YOU WILL BE ADVISED OF THIS AS WELL AS THE ADDITIONAL COST. UNLESS AGREED TO OTHERWISE IN ADVANCE, THE TOTAL AMOUNT DUE WILL BE PAID IN FULL AT THE TIME THE EQUIPMENT IS PICKED UP. IF REQUIRED, YOU WILL BE RESPONSIBLE FOR ANY TRANSPORTATION OF YOUR EQUIPMENT TO AND FROM OUR SHOP. WE WILL ALLOW FIVE (5) DAYS AFTER YOU ARE NOTIFIED OF COMPLETION OF REPAIRS TO PICK UP THE EQUIPMENT. AFTER THIS TIME STORAGE CHARGES MAY BE ASSESSED. EQUIPMENT DESIGN CORRECTIONS OR MODIFICATIONS ARE NOT COVERED BY THIS CONTRACT. UNLESS EXPRESSLY AGREED TO OTHERWISE IN WRITING AND ATTACHED HERETO, THE REPAIR WORK SHALL BE GOVERNED BY THE TERMS AND CONDITIONS, MAINTENANCE AND REPAIR CONTRACT.

I HERBY AGREE TO PAY ON DELIVERY FOR ALL LABOR, REPAIR PARTS AND MATERIAL USED AT YOUR CURRENT RATES IN PERFORMING THE ABOVE REPAIR WORK ON MY EQUIPMENT.

THE UNDERSIGNED CERTIFIES THAT HE HAS THE AUTHORITY TO BIND THE ABOVE NAMED OWNER BE IT A CORPORATION, PARTNERSHIP, OR PROPRIETORSHIP AS TO ALL NECESSARY CHARGES WITH RESPECT TO THE ABOVE REPAIRS

X
_____
OWNER OR AGENT'S SIGNATURE

X
_____
UNIT PICKED UP BY

IRCO CONFIDENTIAL 0090

| QUANTITY | PART # | DESCRIPTION |
|---|---|---|
| 1 | ~~00133-844-00~~ | ~~Switch~~ |
| (2) | 00133-966-00 | Switch ──→ RF6851 (Reg UPS) |
| (1) | 00133-940-00 | Reostat |

IRCO CONFIDENTIAL 0091



**Ingersoll-Rand Equipment
and Services Company
300 Turnpike Road
Southboro, MA 01772
508-481-1350**

Work Order  6284

TECH:  John M

Warranty

| CUSTOMER: Murray Pave | CONTACT NAME: Arnie |
| CALL LOCATION: | PHONE NUMBER 508  820  7244 |
| DATE W/O OPENED: | PO NUMBER |
| MODEL: PF-4410 | HOURS: 335 | S/N: 3214 |

641 344 1032-14

**DESCRIPTION OF WORK PERFORMED:**

1) Auger shut off problems
2) Rear Lights
3) Brake acting up (comes on) → clears with reset

① "WIRE IN" ADDITIONAL LIGHT CIRCUIT - EACH PAIR OF
LIGHTS NOW ON THER OWN CIRCUIT
- TEST LIGHTS FOR 2 HOURS - OK
② PER I/H AUGER REOSTAT
- CHECK & ADJUST FORCE MOTORS FOR MAX SPEED
& SHUT-OFF CREEPING
③ - CHECK BRAKE FUNCTIONS & SWITCH

*Sample DONE*

AT YOUR REQUEST, INGERSOLL-RAND AGREES TO PERFORM THE ABOVE SPECIFIED REPAIR WORK. MINIMUM CHARGE WILL BE 1 HOUR AT CURRENT LABOR RATES. IF THE NECESSITY FOR ANY FURTHER REPAIR IS DISCOVERED IN THE COURSE OF COMPLETING THE WORK, YOU WILL BE ADVISED OF THIS AS WELL AS THE ADDITIONAL COST. UNLESS AGREED TO OTHERWISE IN ADVANCE, THE TOTAL AMOUNT DUE WILL BE PAID IN FULL AT THE TIME THE EQUIPMENT IS PICKED UP. IF REQUIRED, YOU WILL BE RESPONSIBLE FOR ANY TRANSPORTATION OF YOUR EQUIPMENT TO AND FROM OUR SHOP. WE WILL ALLOW FIVE (5) DAYS AFTER YOU ARE NOTIFIED OF COMPLETION OF REPAIRS TO PICK UP THE EQUIPMENT. AFTER THIS TIME STORAGE CHARGES MAY BE ASSESSED. EQUIPMENT DESIGN CORRECTIONS OR MODIFICATIONS ARE NOT COVERED BY THIS CONTRACT. UNLESS EXPRESSLY AGREED TO OTHERWISE IN WRITING AND ATTACHED HERETO, THE REPAIR WORK SHALL BE GOVERNED BY THE TERMS AND CONDITIONS, MAINTENANCE AND REPAIR CONTRACT.

I HERBY AGREE TO PAY ON DELIVERY FOR ALL LABOR, REPAIR PARTS AND MATERIAL USED AT YOUR CURRENT RATES IN PERFORMING THE ABOVE REPAIR WORK ON MY EQUIPMENT.

THE UNDERSIGNED CERTIFIES THAT HE HAS THE AUTHORITY TO BIND THE ABOVE NAMED OWNER BE IT A CORPORATION, PARTNERSHIP, OR PROPRIETORSHIP AS TO ALL NECESSARY CHARGES WITH RESPECT TO THE ABOVE REPAIRS

x
OWNER OR AGENT'S SIGNATURE

x
UNIT PICKED UP BY

IRCO CONFIDENTIAL 0092

# (IR)Ingersoll Rand

300 Turnpike Road, Route 9
Southboro, MA 01772
(508) 481-1350   Fax: (508) 487-2014

## EQUIPMENT CHECK IN/OUT

| Date | 11-18-03 | In | | Out | |
|------|----------|----|----|-----|--|
| Customer | Murray | | | | |
| Model | PF4410 | | | | |
| S/N | 3214 | | | | |
| Fuel | Customer unit | | | | |
| Hours | 335 | | | | |

Comments

For repair work

IR Signature

F.R.R.

Customer Signature

K.L.

IRCO CONFIDENTIAL 0093

508 366 1886

**(IR) Ingersoll-Rand**

*56539 IN*
*56514 OUT*

(508) 481-1350

WO# 6284

300 Turnpike Road
Route 9, Southboro, MA 01772

CUSTOMER: *MURRAY PAVING*
ADDRESS: *JOB SITE*
*HOPKINGTON HWY 135*
TELEPHONE: _____ DATE: *11-26-03*

| | TIME LEFT | TIME ARRIVED ON JOB | TIME LEFT JOB | TIME ARRIVED |
|---|---|---|---|---|
| HOME ☐ | | | | HOME ☐ |
| SHOP *8:00* | | *8:30 Am* | *9:30 Am* | SHOP *10:00 Am* |
| MOTEL ☐ | | | | MOTEL ☐ |

| EQUIPMENT MODEL | SERIAL NUMBER | HOUR METER READING |
|---|---|---|
| *PF-4410* | *AHU 32-14* | |

**WORK PERFORMED:** *L/H AUGER CREEP WHEN HOT!*

*- RE-ADJUST L/H AUGER / CONVEYOR*

*FORCE MOTOR IN.*

*AUGER WAS CREEPING WHEN HOT*

*- OBSERVE MACHINE PAVING, NO*

*AUGER CREEP WHEN HOT*

| EXPENSES | | TIME CHARGED | | SERVICEMAN'S SIGNATURE |
|---|---|---|---|---|
| MEALS | | SUNDAY | | X *John McEwin* |
| LODGING | | WEEKDAY | | CUSTOMER'S PURCHASE ORDER NUMBER |
| TEL. | | OVERTIME | | |
| TRANS.EXP. | | MILEAGE | | SERVICEMAN'S SIGNATURE |
| OTHER | | MILES | *125* | X |

IRCO CONFIDENTIAL 0094

```
                                    INVOICE/CREDIT MEMO:  641-03737
                                    INVOICE DATE:      12/16/03
INGERSOLL-RAND EQUIPMENT SALES      ORIGINAL INVOICE NBR:
300 TURNPIKE RD RTE9                I-R ORDER NBR:     641-6194 W
SOUTHBORO      MA    01772          DATE SHIPPED:
TEL: (508) 481-1350                 VIA:            PREPAID
                                    TERMS: NET 30 DAYS
                                    CUST PO NBR:
    INGERSOLL-RAND EQUIPMENT SALES  SHIP FROM:
    P O BOX 75697

    CHARLOTTE       NC  28275       CUSTOMER NBR:  790-100495
                                    TAX:  39-02-00-00.000  T4


INGERSOLL-RAND COMPANY
BLAW KNOX (919)
750 BROADWAY AVENUE EAST
MATTOON        IL  61938                      00000
```

| PCODE | PART NUMBER / DESCRIPTION | | QUANTITY | UNIT PRICE | DISCOUNT | TOTAL AMOUNT |
|-------|--------------------------|-|----------|-----------|----------|--------------|

```
LIGHTS GOING OUT. AUGER NOT STOPPING. UNIT RECEIVED
WITH FOLLOWING DISCREPANCIES. CIRCUIT WILLNOT HOLD AND
LEFT AUGER HAS INTERNAL ELECTRICAL PROBLEMS. LIGHTING
CIRCUIT SPLIT INTO 2 CIRCUITS. SUSPECTED OVERLOAD
PROBLEM. AUGER CIRCUIT BREAKER LOOSE POST, REPLACE
AND TIGHTEND TEST RUN.
        FAILURE DATE -    12/ 1/ 3
        REPAIR DATE  -    12/ 1/ 3
        IN SERVICE   -     5/ 5/ 3
        HOUR METER   -     2
51147 6413441032-14  PF-4410           1.0              .0000
43147 20934576       SWITCH            1.0       13.30             13.30
42147 210            SHOP LABOR       16.5       65.66  .0000    1,083.39

                                              SUB-TOTAL       1,096.69
                                              GRAND TOTAL     1,096.69
```

```
----------------------------------------------------------------------

TERR: 641-000-100  SMAN: 641-1501-100
TERR: 000-000-000  SMAN: 000-0000-000
TERR: 000-000-000  SMAN: 000-0000-000
```

IRCO CONFIDENTIAL 0095



**Ingersoll-Rand Equipment
and Services Company
300 Turnpike Road
Southboro, MA 01772
508-481-1350**

Work Order (6199)

TECH: John M

(Warrenty)      64~~#837303~~

| CUSTOMER: Murray Construction (Paving) | CONTACT NAME: Arnie |
| CALL LOCATION: | PHONE NUMBER: 508 820-7244 |
| DATE W/O OPENED: 11|6|03 | PO NUMBER |
| MODEL: PF 4410    HOURS: 326 | S/N: 3214 |

641 3441032-14

**DESCRIPTION OF WORK PERFORMED:**

1) See attached Sheet

A) Unit received with following discrepancies → Lgt circuit will not hold and left auger has intermittent electrical problems. (Slot off)

B) Lighting circuit split into 2 circuits (relay + c/b), suspected overload problem

C) Auger circuit breaker loose post → replace and tighten test run AOK (vibration suspect)

Complete ✓

AT YOUR REQUEST, INGERSOLL-RAND AGREES TO PERFORM THE ABOVE SPECIFIED REPAIR WORK. MINIMUM CHARGE WILL BE 1 HOUR AT CURRENT LABOR RATES. IF THE NECESSITY FOR ANY FURTHER REPAIR IS DISCOVERED IN THE COURSE OF COMPLETING THE WORK, YOU WILL BE ADVISED OF THIS AS WELL AS THE ADDITIONAL COST. UNLESS AGREED TO OTHERWISE IN ADVANCE, THE TOTAL AMOUNT DUE WILL BE PAID IN FULL AT THE TIME THE EQUIPMENT IS PICKED UP. IF REQUIRED, YOU WILL BE RESPONSIBLE FOR ANY TRANSPORTATION OF YOUR EQUIPMENT TO AND FROM OUR SHOP. WE WILL ALLOW FIVE (5) DAYS AFTER YOU ARE NOTIFIED OF COMPLETION OF REPAIRS TO PICK UP THE EQUIPMENT. AFTER THIS TIME STORAGE CHARGES MAY BE ASSESSED. EQUIPMENT DESIGN CORRECTIONS OR MODIFICATIONS ARE NOT COVERED BY THIS CONTRACT. UNLESS EXPRESSLY AGREED TO OTHERWISE IN WRITING AND ATTACHED HERETO, THE REPAIR WORK SHALL BE GOVERNED BY THE TERMS AND CONDITIONS, MAINTENANCE AND REPAIR CONTRACT.

HERBY AGREE TO PAY ON DELIVERY FOR ALL LABOR, REPAIR PARTS AND MATERIAL USED AT YOUR CURRENT RATES IN PERFORMING THE ABOVE REPAIR WORK ON MY EQUIPMENT.

HE UNDERSIGNED CERTIFIES THAT HE HAS THE AUTHORITY TO BIND THE ABOVE NAMED OWNER BE IT A CORPORATION, PARTNERSHIP, OR ROPRIETORSHIP AS TO ALL NECESSARY CHARGES WITH RESPECT TO THE ABOVE REPAIRS

_____
OWNER OR AGENT'S SIGNATURE

X _____
UNIT PICKED UP BY

IRCO CONFIDENTIAL 0096

| QUANTITY | PART # | DESCRIPTION |
|---|---|---|
| (1) | 00133 - 966 - 00 | SWITCH    RF 68272 |

IRCO CONFIDENTIAL 0097

# (IR) Ingersoll Rand

300 Turnpike Road, Route 9
Southboro, MA 01772
(508) 481-1350   Fax: (508) 487-2014

## EQUIPMENT CHECK IN/OUT

| Date | 11-6-03 | In ✓ | Out |
|---|---|---|---|
| Customer | Murray Paving | | |
| Model | PF 44 10 | | |
| S/N | 3214 | | |
| Fuel | Customer Unit | | |
| Hours | 326 | | |
| Comments | Lights going out | | |
| | Auger not stoping | | |
| | Arnie | | |
| | 508-8207244 | | |
| IR Signature | F, R, IR, | | |
| Customer Signature | H. B, | | |

IRCO CONFIDENTIAL 0098