UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| MURRAY PAVING & RECLAMATION, INC.,<br><br>Plaintiff, v.<br><br>INGERSOLL-RAND EQUIPMENT & SERVICES COMPANY and INGERSOLL-RAND COMPANY,<br><br>Defendants. | CIVIL ACTION No. 04-10328 GAO |

### STIPULATION OF DISMISSAL

The parties to the above-entitled action, pursuant to the provisions of FedRCivP Rule 41 (a) (1) (ii), hereby stipulate that said action be dismissed, <u>WITH PREJUDICE AND WITHOUT COSTS.</u>

MURRAY PAVING & RECLAMATION, INC.
By its attorney:

_____
Peter F. Davis    BBO #116160
15 Broad Street, Suite 512
Boston, Mass. 02109
Tel: (617) 227-1344
Fax: (617) 723-2844

INGERSOLL-RAND EQUIPMENT & SERVICES
COMPANY and
INGERSOLL-RAND COMPANY
By their attorney:


/s/ *[signature]* - #636645
FOLEY HOAG LLP
Jeffrey S. Follett      BBO #564337
Adam Weisberger    BBO #646844
155 Seaport Boulevard
Boston, Mass. 02110
Tel: (617) 832-1000
Fax: (617) 832-7000